Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: jwillis@swlaw.com
　　　　 estutman@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.,
Katherine Darrall, and Jose Rico*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANCEZ JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>　　　　　　　Defendants. | Case No. 2:20-CV-00858-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JUNE 23, 2020**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rule 7-1, Plaintiffs Mauricio Jasso ("Jasso"), individually and in his capacity as the court-appointed receiver of JAMA Investment Group, Inc. ("JAMA"), Guillermo Sesma ("Sesma"), Sylvia Martinez Salinas ("Salinas"), Belisario Jasso Baldini ("Baldini"), Javier Ramirez Lares ("Lares"), Antonio Bachalani ("Bachalani"), Rodrigo Fernancez Juan Romero ("Romero"), and Bernardo Villacecias ("Villacecias") (collectively, "Plaintiffs"); and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Katherine Darrall ("Darrall"), and Jose Rico ("Rico")

(collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order and state as follows:

Plaintiffs filed their Complaint (the "Complaint") on May 4, 2020;

Wells Fargo was served with the Complaint on May 12, 2020;

Wells Fargo's deadline to respond to the Complaint is currently June 2, 2020;

Darrall was served with the Complaint on May 15, 2020;

Darrall's deadline to respond to the Complaint is currently June 5, 2020;

Rico was served with the Complaint on May 17, 2020;

Rico's deadline to respond to the Complaint is currently June 5, 2020;

This is Defendants' first request for an extension of time to respond to the Complaint and this request is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Defendants time to evaluate and respond to the allegations set forth in the Complaint.

///

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendants to respond to the Complaint in this action is extended to and through June 23, 2020.

Dated: May 27, 2020                                    Dated: May 27, 2020.

**PARSONS BEHLE & LATIMER**                **SNELL & WILMER L.L.P.**


By: /s/ *Rew Goodenow*                         By: /s/ *Jeffrey Willis*
    Rew R. Goodenow, Esq.                              Jeffrey Willis
    Nevada Bar #3722                                   Nevada Bar #4797
    50 West Liberty Street, Suite 750                  Erica J. Stutman
    Reno, NV 89501                                     Nevada Bar #10794
                                                       3883 Howard Hughes Parkway, Suite 1100
    *Attorneys for Plaintiffs*                         Las Vegas, Nevada 89169

                                                       *Attorneys for Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/28/2020 _____

4819-6180-0125.1

- 3 -