**PARSONS BEHLE & LATIMER**
Rew R. Goodenow, Nevada Bar ID #3722
Zachary S. Shea, Nevada Bar ID #15094
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
ZShea@parsonsbehle.com

**CAPRIO LAW, P.A.**
Courtney Caprio (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
40 N.W. 3rd Street, Suite 200
Miami, FL 33128
Telephone: 786.353.5760
courtney@capriolawgroup.com

**AXS LAW GROUP, PLLC**
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Andrew E. Beaulieu (*Admitted Pro Hac Vice*)
Florida Bar No. 115097
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
andy@axslawgroup.com
jeff@axslawgroup.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br>vs.<br>WELLS FARGO BANK, N.A., KATHERINE DARRALL and JOSE RICO,<br><br>Defendants. | Case No. 2:20-CV-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

28737.001\4845-9055-2561.v1

1  IT IS HEREBY STIPULATED by and between Plaintiffs and their counsel of record, and Defendants and their counsel of record that the time for Plaintiffs to file their Replies to Defendants' Oppositions to Plaintiffs' Motions to Compel is hereby extended to July 14, 2021 in the above-entitled matter. This request is being made in good faith and not for purposes of delay.

DATED this 2nd day of July, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PARSONS BEHLE & LATIMER | SNELL & WILMER, L.L.P. |
| /s/ Zachary S. Shea<br>Zachary S. Shea, Bar No. 15094<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Email: ZShea@parsonsbehle.com | /s/ Erica J. Stutman (*wih permission*)<br>Jeffrey Willis, Esq.<br>Erica J. Stutman, Esq.<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>Email: jwillis@swlaw.com<br>Email: estutman@swlaw.com |
| -and- | *Attorneys for Defendants* |

**CAPRIO LAW, P.A.**
Courtney Caprio (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
40 N.W. 3rd Street, Suite 200
Miami, FL 33128
courtney@capriolawgroup.com

**AXS LAW GROUP, PLLC**
Jeffrey W. Gutchess
(*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Andrew E. Beaulieu
(*Admitted Pro Hac Vice*)
Florida Bar No. 115097
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
andy@axslawgroup.com
jeff@axslawgroup.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED:  July 6, 2021.

RICHARD E. BOULWARE, II
United States District Court