# EXHIBIT "B"

# EXHIBIT "B"

EXH 019

| Case ID | Account Number | Case Description | Deposit Amount | Close Date | Create Date/Time | Assigned Date/Time | Last Case Update D | Case Status | Case Disposition | Assigned Analyst | Case Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted: PII 8469 | Redacted: PII 9075 | Loss Prevention - EWWN Business | | 9/10/2014 | 9/10/2014 8:04 | 9/10/2014 12:46 | 9/10/2014 | Closed | Relationship Retained | AIMEE MOSLEY | Retain Relationship Reason:not exact match Daniel- verified ssn and address verified business was reg with NV sec of state |
| Redacted: PII 8571 | Redacted: PII 9117 | Loss Prevention - EFD - Small Business Large Deposit | | 9/11/2014 | 9/10/2014 23:23 | 9/11/2014 15:53 | 9/11/2014 | Closed | Relationship Retained | JAMES C. FARRELL | Retain Relationship Reason:EFD/SBLD/acct opened 09/09/14/ but customerer since 07/18/03/verified funds with Bank of America @ 888-217-4038 sw Dorthy in Offical tems ck paid on 09/10/14 with no stops or holds. |
| Redacted: PII 8626 | Redacted: PII 9109 | Loss Prevention - EFD - Small Business Large Deposit | | 9/16/2014 | 9/15/2014 22:53 | 9/16/2014 12:27 | 9/16/2014 | Closed | Relationship Retained | SCOTT T. FREGIATO | Retain Relationship Reason:$200K incoming wire, add on cashier chk is same as add on acct, filing date is 10/2013; fav comp to chk #5002682625, call Chase 866-593-0356 tt Richard item valid, verified payee, amount, chk # |
| Redacted: PII 8899 | Redacted: PII 9109 | Loss Prevention - Solicitation Scam - 419 | | 9/15/2014 | 9/15/2014 23:00 | | 9/15/2014 | Open | | | |
| Redacted: PII 8899 | Redacted: PII 9109 | Loss Prevention - Multiple Outsorts | | 9/16/2014 | 9/15/2014 23:00 | 9/16/2014 14:28 | 9/16/2014 | Closed | Relationship Retained | EZALIA MORRISON | Retain Relationship Reason:cm verified ssn and address//bus registered in NV SoS//reviewed acct//$230070.09 - reviewed like items; not suspicious; Chase: Mandy, valid issued item - processing today //no loss foreseen to WF at this time |
| Redacted: PII 9038 | Redacted: PII 9109 | Loss Prevention - EFD - Small Business Large Deposit | | 9/17/2014 | 9/16/2014 23:58 | 9/17/2014 12:35 | 9/17/2014 | Closed | Relationship Retained | SCOTT T. FREGIATO | Retain Relationship Reason:$200K cashier chk was already verified yesterday on UW case # Redacted: PII 8626, $50K cashier chk on wells, verified in hogan/whom; ACCOUNT NO: Redacted: PII 1988 SERIAL NO ISSUE AMOUNT ISSUED ENTERED BATCH STATUS POSTED PR PAYEE NAME Redacted: PII 0233 50,000.00 09/10/14 09/10/14 02947 09/16/14 FIRST PRIME MANAGEMENT |
| Redacted: PII 0423 | Redacted: PII 9109 | Loss Prevention - LFDF BNEW Deposit Fraud | | 9/17/2014 | 9/17/2014 10:06 | 9/17/2014 19:29 | 9/17/2014 | Closed | Relationship Retained | HAROLD BURKEEN | Retain Relationship Reason:0 recs, $50k, wtw cc, pp, nm, PAYEE NAME Redacted: PII 0233 50,000.00 09/10/14 09/10/14 02947 09/16/14 FIRST PRIME MANAGEMENT no sp found, ah 14, 0 od's |
| Redacted: PII 1380 | Redacted: PII 9109 | ATM Risk Review - PST | 11000 | 9/20/2014 | 9/19/2014 20:30 | 9/20/2014 14:34 | 9/20/2014 | Closed | processed | CAROL MC DADE | |
| Redacted: PII 6173 | Redacted: PII 9026 | Loss Prevention - LFDF BFOD Deposit Fraud | | 1/21/2015 | 1/21/2015 11:07 | 1/21/2015 16:26 | 1/21/2015 | Closed | Relationship Retained | RAYMOND D. MORALES | Retain Relationship Reason:tgt item $33,437.60, fc seq # Redacted: PII 3859 10/22/14 & seq # Redacted: PII 8069 10/17/14, called mker bank @866-610-7749 auto system vrd funds are available.. no recs/ods/nsf, Cust has good standing in rel accts, pos avg bal, bus rel since 09/2014, no susp activity.. nat.. |
| Redacted: PII 2899 | Redacted: PII 9109 | Loss Prevention - RDI - NAF | | 3/5/2015 | 3/5/2015 21:39 | 3/5/2015 22:07 | 3/5/2015 | Closed | Research Unrequired | CASEY A. GERSABA | RII NAF U170608 UWCASE Redacted: PII 2899 FIRST PRIME MANAGEMENT INC W2 ACT |
| Redacted: PII 3121 | Redacted: PII 0174 | Loss Prevention - EFD - Transit Watch Automation Strategy | | | 1/24/2017 3:10 | | 1/23/2017 | Open | New | | |
| Redacted: PII 3121 | Redacted: PII 0174 | Loss Prevention - EFD - Transit Watch Automation Strategy | | 2/9/2017 | 1/24/2017 3:10 | | 2/9/2017 | Closed | Not Worked | | |
| Redacted: PII 2402 | Redacted: PII 4045 | ATM Risk Review - PST | 1094 | | 8/3/2018 0:14 | | 8/2/2018 | Open | New | | |
| Redacted: PII 2402 | Redacted: PII 4045 | ATM Risk Review - PST | 1094 | 8/3/2018 | 8/3/2018 0:14 | 8/3/2018 6:24 | 8/3/2018 | Closed | processed | MICHELLE SEARLES | EP-Exception Procedures |

EXH 020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted: PII 4284 | Redacted: PII 3902 | LOBR - Referral from NBEC | | 3/5/2019 | 3/5/2019 18:07 | 3/5/2019 21:51 | 3/5/2019 | Closed | Relationship Retained | JAVIER JACKSON | Retain Relationship Reason:NAT  ACCOUNT SINCE 10/28/2014 Average Balance Last 12 Months: $7,891.43  BNF OF WIRE IN ACCOUNTS  NO UNUSUAL OR FRAUDULENT ACTIVITY AT TIME OF REVIEW  FIRST REVIEW BY LOBR  NO FURTHER ACTION CAN BE TAKEN BY LOBR |
| Redacted: PII 5476 | Redacted: PII 3902 | LOBR - Referral from NBEC | | 3/7/2019 | 3/7/2019 14:37 | 3/7/2019 20:23 | 3/7/2019 | Closed | Relationship Retained | JANET HEARD | Retain Relationship Reason:NAT  Account Open 10/28/2014 Available Balance $10,415.74, $202.51 Average Balance Last 12 Months: $7,891.43 *Customer has received an incoming wire iao $104,479.52 as of 03/05/19 *Customer (Daniel Maza-Noriega listed as beneficiary) Originator (Tico Title of Neveda Inc Green Val) *Per Pega: No wire recall @ this time *No related LOBR cases *Not enough red flags to support hard hold at this time of review **Mitigating factors warrant retention |

EXH 021