```
Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Jacob C. Jones (Admitted Pro Hac Vice)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: jwillis@swlaw.com
        estutman@swlaw.com
        hcummings@swlaw.com
        jcjones@swlaw.com
```

*Attorneys for Defendants Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>    Defendants. | Case No. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY BRIEFS [ECF NO. 110; ECF NO. 112]**<br><br>**(FIRST REQUEST)** |

  Pursuant to Local Rule IA 6-1, it is hereby stipulated by and between Plaintiffs and their counsel of record, and Defendants and their counsel of record, that the existing briefing deadlines be extended in connection with: (i) Plaintiffs' Motion for Reconsideration (ECF No. 112), filed October 21, 2021; and (ii) Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 110), filed under seal on October 13, 2021 and publicly filed on October 14, 2021. For the reasons below, the Parties agree to the following new deadlines:

  1) the time for Defendants to file their Response to Plaintiffs' Motion for Reconsideration (ECF No. 112) is hereby extended from November 4, 2021 to November 11, 2021 (hearing is set for November 30, 2021 at 1:00 pm, *see* ECF No. 115);

4858-2148-0705

2) the time for Plaintiffs to file their Reply to the above Response (re ECF No. 112), which would be November 18, 2021 under the above extension, is hereby extended to November 22, 2021; and

3) the time for Plaintiffs to file their Reply re Motion for Leave to File First Amended Complaint (ECF No. 110) is hereby extended to November 22, 2021 (hearing has not been set).

This request is being made in good faith and is necessitated in connection with the parties' efforts to manage this case efficiently and speedily, as well as personal scheduling conflicts of counsel. This request is not made for purposes of delay.

DATED this 1st day of November, 2021.

SNELL & WILMER L.L.P.

s/Jacob C. Jones
Jeffrey Willis
Nevada Bar No. 4797
Erica J. Stutman
Nevada Bar No. 10794
Jacob C. Jones (*pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico*

DATED this 1st day of November, 2021.

AXS LAW GROUP, PLLC

s/ Courtney Caprio (with permission)
Courtney Caprio (*pro hac vice*)
Florida Bar No. 933961
Andrew E. Beaulieu
Florida Bar No. 115097
Jeffrey W. Gutchess
Florida Bar No. 702641
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/2/2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY BRIEFS (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Courtney Caprio
Andrew E. Beaulieu
Jeffrey W. Gutchess
AXS Law Group, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
andy@axslawgroup.com
jeff@axslawgroup.com

Anthony P. Sgro
Colleen Savage
Jennifer W. Arledge
SGRO AND ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, NV 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com
jarledge@sgroandroger.com

*Attorneys for Plaintiffs*

DATED: November 1, 2021.

*s/ Jacob C. Jones*
An employee of SNELL & WILMER L.L.P.

4858-2148-0705