Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
E-Mail:    jwillis@swlaw.com
           estutman@swlaw.com
           hcummings@swlaw.com
           jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO PLAINTIFFS' FIFTH MOTION TO COMPEL DEFENDANT WELLS FARGO BANK, N.A. TO PRODUCE BSA EXIT POLICY [ECF NO. 132]**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, the Parties, by and through their undersigned counsel, hereby stipulate and agree to extend Wells Fargo's deadline to file its Response to Plaintiffs' Fifth Motion to Compel Defendant Wells Fargo Bank, N.A. to Produce BSA Exit Policy [ECF No. 132] (the "Motion") by one week, from Friday, November 26, 2021, to Friday, December 3, 2021.  As good cause, Wells Fargo requests this extension to accommodate travel and out-of-office days, as the deadline falls the day after Thanksgiving, and

allow time for client review. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, for good cause shown, the Parties respectfully request an extension for Wells Fargo's Response to the Motion [ECF No. 132] from November 26, 2021, to and including December 3, 2021.

DATED this 15th day of November, 2021.

SNELL & WILMER L.L.P.

*/s/Erica J. Stutman*
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Hayley J. Cummings (NV Bar No. 14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico*

DATED this 15th day of November, 2021.

AXS LAW GROUP, PLLC

*/s/Courtney Caprio* (with permission)
Courtney Caprio (*pro hac vice*)
Florida Bar No. 933961
Andrew E. Beaulieu
Florida Bar No. 115097
Jeffrey W. Gutchess
Florida Bar No. 702641
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

SGRO & ROGER

Anthony P. Sgro
Nevada Bar No. 3811
Colleen N. Savage
Nevada Bar No 14947
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 11/15/2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically transmitted **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO PLAINTIFFS' FIFTH MOTION TO COMPEL DEFENDANT WELLS FARGO BANK, N.A. TO PRODUCE BSA EXIT POLICY [ECF NO. 132] (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Anthony P. Sgro
Colleen N. Savage
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com

Courtney Caprio
Andrew E. Beaulieu
Jeffrey W. Gutchess
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
andy@axslawgroup.com
jeff@axslawgroup.com

*Attorneys for Plaintiffs*

DATED: November 15, 2021.

/s/Jacquelynn Lundgren
An employee of SNELL & WILMER L.L.P.

- 3 -