Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: jwillis@swlaw.com
estutman@swlaw.com
hcummings@swlaw.com
jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTIVE ORDER RE 30(b)(6) DEPOSITION**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendant Wells Fargo Bank, N.A., for good cause shown, hereby stipulate and agree to extend Wells Fargo's deadline to file its reply in support of its Motion For Protection Regarding Rule 30(b)(6) Deposition [ECF No. 141] (the "Motion") from December 17, 2021 through January 12, 2022 for the following reasons:

4866-9836-5446

1. Plaintiffs filed their response to the Motion on December 10, 2021, though Wells Fargo's counsel was inadvertently terminated from the Court's docket and did not receive electronic filing notices on December 10 (counsel realized this on December 13 and the electronic filings notices resumed on December 14).

2. The Motion, and thus, the Plaintiffs' response thereto, involves numerous separate issues to address. The additional time is requested to ensure that (1) with many individuals out of the office in the next couple of weeks due to the holidays, counsel can sufficiently confer with Wells Fargo, and (2) by doing so, the parties may be able to resolve a couple more of the topics at issue in the meantime.

3. This extension will not cause any delay as the hearing on the Motion is not scheduled to take place until January 27, 2022.

DATED this 13th day of December, 2021.

| SNELL & WILMER L.L.P. | AXS LAW GROUP, PLLC |
|---|---|
| *s/Erica J. Stutman* <br> Jeffrey Willis (NV Bar No. 4797) <br> Erica J. Stutman (NV Bar No. 10794) <br> Hayley J. Cummings (NV Bar No. 14858) <br> Jacob C. Jones (*Admitted Pro Hac Vice*) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Wells Fargo Bank, N.A. and Katherine Darrall* | *s/Courtney Caprio* (with permission) <br> Courtney Caprio (*pro hac vice*) <br> Florida Bar No. 933961 <br> Andrew E. Beaulieu <br> Florida Bar No. 115097 <br> Jeffrey W. Gutchess <br> Florida Bar No. 702641 <br> Irina R. Sadovnic <br> Florida Bar No. 124502 <br> 2121 NW 2nd Avenue, Suite 201 <br> Miami, Florida 33127 <br><br> SGRO & ROGER <br> Anthony P. Sgro <br> Nevada Bar No. 3811 <br> Colleen N. Savage <br> Nevada Bar No 14947 <br> Kelly B. Stout <br> Nevada Bar No. 12105 <br> 720 S. 7th Street, 3rd Floor <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/15/2021

4866-9836-5446

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTIVE ORDER RE 30(b)(6) DEPOSITION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothchild.com
rgarner@foxrothchild.com

*Attorneys for Jose Rico*

Anthony P. Sgro
Colleen N. Savage
Kelly B. Stout
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Andrew E. Beaulieu
Jeffrey W. Gutchess
Irina R. Sadovnic
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
andy@axslawgroup.com
jeff@axslawgroup.com
irina@axslawgroup.com

*Attorneys for Plaintiffs*

                                        *s/ Jeanne Forrest*
                                        An employee of SNELL & WILMER L.L.P.

4866-9836-5446