Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail:   jwillis@swlaw.com
          estutman@swlaw.com
          hcummings@swlaw.com
          jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER TO LIMIT DEPOSITION OF JOSE RICO AND FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendants Wells Fargo Bank, N.A. and Katherine Darrall, for good cause shown, hereby stipulate and agree to extend the deadline for Wells Fargo and Katherine Darrall to file a reply in support of the Cross-Motion For Protective Order To Limit Deposition Of Jose Rico And For Sanctions [ECF No. 165] (the "Cross-Motion") from December 22, 2021 through January 10, 2022 for the following reasons:

4879-5975-9111

1. The current deadline, which permits only one week for a reply, is December 22. Wells Fargo and counsel are spending considerable efforts to produce remaining documents to Plaintiffs before December 25 so that Plaintiffs have the documents can take complete and fulsome Wells Fargo employee depositions in January.

2. As many individuals will be out of the office until January due to varying holiday schedules, additional time is requested until January 10 to allow sufficient time for both drafting a reply and client review.

3. This extension will not cause any delay, as the hearing on the Cross-Motion is not scheduled to take place until January 27, 2022.

DATED this 17th day of December, 2021.

| SNELL & WILMER L.L.P. | AXS LAW GROUP, PLLC |
|---|---|
| *s/Erica J. Stutman* | *s/Courtney Caprio* (with permission) |
| Jeffrey Willis (NV Bar No. 4797) | Courtney Caprio (*pro hac vice*) |
| Erica J. Stutman (NV Bar No. 10794) | Florida Bar No. 933961 |
| Hayley J. Cummings (NV Bar No. 14858) | Andrew E. Beaulieu |
| Jacob C. Jones (*Admitted Pro Hac Vice*) | Florida Bar No. 115097 |
| 3883 Howard Hughes Parkway, Suite 1100 | Jeffrey W. Gutchess |
| Las Vegas, Nevada 89169 | Florida Bar No. 702641 |
| | Irina R. Sadovnic |
| *Attorneys for Wells Fargo Bank, N.A. and Katherine Darrall* | Florida Bar No. 124502 |
| | 2121 NW 2nd Avenue, Suite 201 |
| | Miami, Florida 33127 |

SGRO & ROGER

Anthony P. Sgro
Nevada Bar No. 3811
Colleen N. Savage
Nevada Bar No 14947
Kelly B. Stout
Nevada Bar No. 12105
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/20/2021

4879-5975-9111

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WELLS FARGO BANK, N.A. AND KATHERINE DARRALL TO REPLY IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTIVE ORDER RE 30(b)(6) DEPOSITION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothchild.com
rgarner@foxrothchild.com

*Attorneys for Jose Rico*

Anthony P. Sgro
Colleen N. Savage
Kelly B. Stout
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Andrew E. Beaulieu
Jeffrey W. Gutchess
Irina R. Sadovnic
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
andy@axslawgroup.com
jeff@axslawgroup.com
irina@axslawgroup.com

*Attorneys for Plaintiffs*

*s/Jacquelynn Lundgren*
An employee of SNELL & WILMER L.L.P.

4879-5975-9111