ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
KELLY B. STOUT, ESQ.
Nevada Bar No. 12105
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
kstout@sgroandroger.com
csavage@sgroandroger.com

Courtney Caprio (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
courtney@axslawgroup.com
jeff@axslawgroup.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL and JOSE RICO,<br><br>Defendants. | Case No. 2:20-CV-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 199] RE: MOTION FOR LEAVE TO CORRECT AND AMEND COMPLAINT [ECF NO. 110]**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Mauricio Jasso ("Jasso"), individually and in his capacity as the court-appointed receiver of JAMA Investment Group, Inc. ("JAMA"), Guillermo Sesma ("Sesma"), Sylvia Martinez Salinas ("Salinas"), Belisario Jasso Baldini ("Baldini"), Javier Ramirez Lares ("Lares"), Antonio Bachalani ("Bachalani"), Rodrigo Fernandez ("Fernandez"), Juan Romero ("Romero"), and Bernardo Villacecias ("Villacecias") (collectively, "Plaintiffs"), and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Katherine Darrall ("Darrall"), and Jose Rico ("Rico") (collectively, "Defendants" and together with Plaintiffs, the "Parties"), hereby stipulate and agree to extend Plaintiffs' deadline to file their Objection to the Magistrate Judge's January 31, 2022 Report and Recommendation [ECF No. 199] from February 14, 2022 to February 18, 2022 for the following reasons:

1. On January 31, 2022, the Honorable Brenda Weksler filed a Report and Recommendation recommending that Plaintiffs' Motion for Leave to Correct and Amend Complaint [ECF No. 110] be denied and directing Plaintiffs to serve their objections to the Report and Recommendation, if any, within 14 days.

2. Accordingly, Plaintiffs' Objection to the Report and Recommendation is due on February 14, 2022.

3. Counsel for Plaintiffs has been working diligently on their Objection to the Report and Recommendation, but requires additional time due to multiple deadlines falling within this fourteen-day period, including the deposition schedule in this case, and scheduling deadlines in other cases.

4. No prejudice will result due to a 4-day extension.

5. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, for good cause shown, the Parties respectfully request an extension for Plaintiffs to file their Objection to the Court's Report and Recommendation [ECF No. 199] from February 14, 2022 through and including February 18, 2022.

DATED this 10th day of February, 2022.

**SNELL & WILMER L.L.P.**

/s/ Erica J. Stutman  (with permission)
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Hayley J. Cummings (NV Bar No. 14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A. and Katherine Darrall*

**AXS LAW GROUP, PLLC**

/s/ Courtney Caprio
Courtney Caprio (*pro hac vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*pro hac vice*)
Florida Bar No. 702641
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

**FOX ROTHSCHILD LLP**

/s/ Mark J.Connot (with permission)
Mark J. Connot (NV Bar No. 10010)
Rex D. Garner  (NV Bar No. 9401)
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Jose Rico*

**SGRO & ROGER**

/s/ Kelly B. Stout
Nevada Bar No. 3811
Colleen N. Savage
Nevada Bar No 14947
Kelly B. Stout
Nevada Bar No. 12105
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of February, 2022.

**CERTIFICATE OF SERVICE**

      I hereby certify that I am an employee of SGRO & ROGER, and that on this 10th day of February, 2022, I caused a true and correct copy of the foregoing document, STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPORT AND RECOMMENDATION [ECF NO. 199] RE: MOTION FOR LEAVE TO CORRECT AND AMEND COMPLAINT [ECF NO. 110], to be electronically transmitted to the following:

Jeffrey Willis, Esq.
Erica J. Stutman, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Email: jwillis@swlaw.com
Email: estutman@swlaw.com

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothchild.com
rgarner@foxrothchild.com
*Attorneys for Jose Rico*

                                                                  /s/
                                                           Employee of Sgro & Roger