Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Richard C. Gordon (NV Bar #9036)
Jacob C. Jones (*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: jwillis@swlaw.com
estutman@swlaw.com
hcummings@swlaw.com
rgordon@swlaw.com
jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br>Defendants. | Case No. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION [ECF NO. 199] RE: MOTION FOR LEAVE TO CORRECT AND AMEND COMPLAINT [ECF 209]**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Defendants Wells Fargo Bank, N.A. and Katherine Darrall together with Plaintiffs hereby stipulate and agree to extend Defendants' deadline to file their Response to *Plaintiffs' Objection to Plaintiffs' Objection to Report and Recommendation [ECF No. 199] Re: Motion for Leave to Correct and Amend Complaint* [ECF No. 209] from March 4, 2022 to March 14, 2022 for the following reasons:

1.  On February 18, 2022, Plaintiffs filed their objection to the Honorable Brenda Weksler's order denying Plaintiffs' Motion for Leave to Correct and Amend Complaint, for which the local rules provide a 14-day response.

2. Accordingly, Defendants' Response to Plaintiff's Objection is due March 4, 2022.

3. Defendants' counsel has been diligently working on the Response, but they require additional time in light of scheduled depositions, deadlines in this case and other matters, and a personal scheduling conflict by the attorney primarily responsible for drafting the Response.

4. No prejudice will result due to this ten-day extension.

5. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, for good cause shown, the Parties respectfully request an extension for Defendants to file their Response to *Plaintiffs' Objection to Report and Recommendation [ECF No. 199] Re: Motion for Leave to Correct and Amend Complaint* [ECF No. 209] from March 4, 2022 through and including March 14, 2022.

DATED this 25th day of February, 2022.

SNELL & WILMER L.L.P.

*s/Erica J. Stutman*
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Hayley J. Cummings (NV Bar No. 14858)
Jacob C. Jones (*Admitted Pro Hac Vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A. and Katherine Darrall*

AXS LAW GROUP, PLLC

*s/ Courtney Caprio* (with permission)
Courtney Caprio (*pro hac vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess
Florida Bar No. 702641
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

SGRO & ROGER
Anthony P. Sgro (NV Bar No. 3811)
Colleen N. Savage (NV Bar No 14947)
Kelly B. Stout (NV Bar No. 12105)
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of February, 2022.

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION [ECF NO. 199] RE: MOTION FOR LEAVE TO CORRECT AND AMEND COMPLAINT [ECF 209]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com

*Attorneys for Jose Rico*

Anthony P. Sgro
Colleen N. Savage
Kelly B. Stout
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
jeff@axslawgroup.com

*Attorneys for Plaintiffs*

                                      *s/ Jeanne Forrest*
                                      An employee of SNELL & WILMER L.L.P.

4864-8378-4209.1