ANTHONY P. SGRO (Nev. Bar No. 3811)
KELLY B. STOUT (Nev. Bar No. 12105)
COLLEEN N. SAVAGE (Nev. Bar No. 14947)
**SGRO & ROGER**
720 South 7th Street
Las Vegas, Nevada 89101
Telephone:  702.384.9800
TSgro@SgroandRoger.com
KStout@SgroandRoger.com
CSavage@SgroandRoger.com

COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Joanna Niworowski (*Admitted Pro Hac Vice*)
Florida Bar No. 1031440
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
joanna@axslawgroup.com

*Attorneys for* PLAINTIFFS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO;<br><br>Defendant(s). | **Case Number**<br>**2:20-CV-00858-RFB-BNW**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF [ECF 237] PLAINTIFFS' SIXTH MOTION TO COMPEL COMPLIANCE WITH COURT ORDER AND TO PRODUCE FED. R. CIV. P. 30(b)(6) REPRESENTATIVE** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Mauricio Jasso, individually and in his capacity as the Court-Appointed Receiver of JAMA Investment Group, Inc., Guillermo Sesma, Sylvia Martinez Salinas, Belisario Jasso Baldini, Javier Ramirez Lares, Antonio Bachalani, Rodrigo Fernandez, Juan Romero, and Bernardo Villacecias (collectively, "Plaintiffs"), together with Defendant Wells Fargo Bank, N.A., hereby stipulate and agree to extend Plaintiffs' deadline to file their Reply in Support of Plaintiffs' Sixth Motion to Compel Compliance with Court Order and to Produce Fed. R. Civ. P. 30(b)(6) Representative [ECF No. 237] from July 1, 2022 to July 8, 2022 for the following reasons:

1. On June 10, 2022, Plaintiffs filed their Sixth Motion to Compel Compliance with Court Order and to Produce Fed. R. Civ. P. 30(b)(6) Representative [ECF No. 237].
2. On June 24, 2022, Defendant Wells Fargo Bank, N.A. filed its Response to Plaintiffs' Sixth Motion to Compel [ECF No. 241].
3. Accordingly, Plaintiffs' Reply in Support of their Sixth Motion to Compel is due on July 1, 2022.
4. The Court has set the hearing on Plaintiffs' Sixth Motion to Compel for August 4, 2022 [ECF No. 240].
5. Plaintiffs' counsel promptly began working on the Reply but require additional time in light of appellate deadlines in other matters and a personal scheduling conflict by one of Plaintiffs' lead attorneys on this matter.
6. No prejudice will result due to this one-week extension.
7. This extension is sought in good faith and is not made for the purpose of delay.

///
///
///

THEREFORE, for good cause shown, the Parties respectfully request an extension for Plaintiffs to file their Reply in Support of their Sixth Motion to Compel Compliance with Court Order and to Produce Fed. R. Civ. P. 30(b)(6) Representative [ECF No. 237] from July 1, 2022 to July 8, 2022.

Dated this 28th day of June, 2022.

| SGRO & ROGER | Form and Content: **SNELL & WILMER** |
|---|---|
| */s/ Kelly B. Stout* | */s/ Erica J. Stutman* |
| ANTHONY P. SGRO<br>KELLY B. STOUT<br>COLLEEN N. SAVAGE<br>**SGRO & ROGER**<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br><br>AND<br><br>JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*)<br>COURTNEY CAPRIO *(Admitted Pro Hac Vice)*<br>JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*)<br>**AXS LAW GROUP, PLLC**<br>2121 NW 2nd Avenue, Suite 201<br>Miami, Florida 33127<br>*Attorneys for* PLAINTIFFS Approved as to *Attorneys for* DEFENDANT WELLS FARGO BANK, N.A. | JEFFREY WILLIS (Nev. Bar No. 4797)<br>RICHARD S. GORDON (Nev. Bar No. 5336)<br>ERICA J. STUTMAN (Nev. Bar No. 10794)<br>HAYLEY J. CUMMINGS (Nev. Bar No. 14858)<br>GREGORY J. MARSHALL (*Admitted Pro Hac Vice*)<br>JACOB C. JONES (*Admitted Pro Hac Vice*)<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com |

## ORDER

### IT IS SO ORDERED

**DATED:** 4:09 pm, June 30, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Sgro & Roger and that on June 28, 2022, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JEFFREY WILLIS<br>RICHARD S. GORDON<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>GREGORY J. MARSHALL<br>JACOB C. JONES<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email:  JWillis@swlaw.com<br>　　　　　RGordon@swlaw.com<br>　　　　　EStutman@swlaw.com<br>　　　　　HCummings@swlaw.com<br>　　　　　GMarshall@swlaw.com<br>　　　　　JCJones@swlaw.com<br><br>*Attorneys for Defendant*<br>WELLS FARGO BANK, N.A. |
| JEFFREY WILLIS<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email:  JWillis@swlaw.com<br>　　　　　EStutman@swlaw.com<br>　　　　　HCummings@swlaw.com<br><br>*Attorneys for Defendant*<br>KATHERINE DARRALL |
| REX D. GARNER<br>MARK J. CONNOT<br>**FOX ROTHSCHILD, LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 | Email:  MConnot@foxrothschild.com<br>　　　　　RGarner@foxrothschild.com<br><br>*Attorneys for Defendant*<br>JOSE RICO |

　　　　　　　　　　　　　　　　　　/s/     Alexis Williams
　　　　　　　　　　　　　　　　　　Employee of Sgro & Roger