1   ANTHONY P. SGRO (Nev. Bar No. 3811)
    KELLY B. STOUT (Nev. Bar No. 12105)
2   COLLEEN N. SAVAGE (NEV. BAR NO. 14947)
3   **SGRO & ROGER**
    720 South 7th Street
4   Las Vegas, Nevada 89101
    Telephone:  702.384.9800
5   TSgro@SgroandRoger.com
    KStout@SgroandRoger.com
6   CSavage@SgroandRoger.com

7   COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
    Florida Bar No. 933961
8   Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
9   Florida Bar No. 702641
10  Joanna Niworowski (*Admitted Pro Hac Vice*)
    Florida Bar No. 1031440
11  **AXS LAW GROUP, PLLC**
    2121 NW 2nd Avenue, Suite 201
12  Miami, FL 33127
    Courtney@axslawgroup.com
13  Jeff@axslawgroup.com
    joanna@axslawgroup.com
14

15  *Attorneys for* PLAINTIFFS

16
17                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
18

19  MAURICIO JASSO, individually and in his
    capacity as the Court-Appointed Receiver of
20  JAMA INVESTMENT GROUP, INC., *et al.*,                    **Case Number**
                                                        **2:20-CV-00858-RFB-BNW**
21                              Plaintiff(s),

22              vs.                                    **STIPULATION AND ORDER FOR**
                                                      **EXTENSION OF TIME TO FILE**
23  WELLS FARGO BANK, N.A., KATHERINE                 **RESPONSE IN OPPOSITION TO**
    DARRALL, and JOSE RICO;                           **DEFENDANT WELLS FARGO BANK,**
24                                                    **N.A.'S MOTION FOR PROTECTIVE**
25                              Defendant(s).          **ORDER [ECF No. 253]**

26

27          Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Mauricio

28  Jasso, individually and in his capacity as the Court-Appointed Receiver of JAMA Investment Group,

                                            1

Inc., Guillermo Sesma, Sylvia Martinez Salinas, Belisario Jasso Baldini, Javier Ramirez Lares, Antonio Bachalani, Rodrigo Fernandez, Juan Romero, and Bernardo Villacecias (collectively, "Plaintiffs"), together with Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Katherine Darrall ("Darrall," together "Defendants"), hereby stipulate and agree to extend Plaintiffs' deadline to file their Response in Opposition to Defendants' Motion for Protective Order [ECF No. 253] from July 27, 2022 to August 8, 2022 for the following reasons:

1. On July 13, 2022, Defendants filed their Motion for Protective Order [ECF No. 253].

2. Accordingly, Plaintiffs' Response in Opposition to Defendants' Motion for Protective Order is due July 27, 2022.

3. The Court has set the hearing on Defendants' Motion for Protective Order for September 1, 2022 [ECF No. 256].

4. Plaintiffs' counsel promptly began working on the Response, but require additional time in light of a special set one-week jury trial in the United States District Court for the Southern District of Florida, scheduled to begin on July 25, 2022.

5. No prejudice will result due to this short extension, and it will not interfere with the hearing on Defendants' Motion for Protection.

6. This extension is sought in good faith and is not made for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, for good cause shown, the Parties respectfully request an extension for Plaintiffs to file their Response in Opposition to Defendants' Motion for Protective Order from July 27, 2022 to August 8, 2022.

Dated this 22nd day of July, 2022.

| SGRO & ROGER | SNELL & WILMER |
|---|---|
| */s/ Kelly B. Stout* | */s/ Erica Stutman* |
| ANTHONY P. SGRO | JEFFREY WILLIS (Nev. Bar No. 4797) |
| KELLY B. STOUT | RICHARD S. GORDON (Nev. Bar No. 5336) |
| COLLEEN N. SAVAGE | ERICA J. STUTMAN (Nev. Bar No. 10794) |
| **SGRO & ROGER** | HAYLEY J. CUMMINGS (Nev. Bar No. 14858) |
| 720 S. 7th Street, 3rd Floor | GREGORY J. MARSHALL (*Admitted Pro Hac Vice*) |
| Las Vegas, Nevada 89101 | JACOB C. JONES (*Admitted Pro Hac Vice*) |
| AND | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*) | JWillis@swlaw.com |
| COURTNEY CAPRIO (*Admitted Pro Hac Vice*) | RGordon@swlaw.com |
| JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*) | EStutman@swlaw.com |
| **AXS LAW GROUP, PLLC** | HCummings@swlaw.com |
| 2121 NW 2nd Avenue, Suite 201 | GMarshall@swlaw.com |
| Miami, Florida 33127 | JCJones@swlaw.com |
| *Attorneys for* PLAINTIFFS | *Attorneys for* DEFENDANT WELLS FARGO BANK, N.A. |

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:  July 26, 2022
       _____

3

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of Sgro & Roger and that on July 25, 2022, service of the

3 foregoing  was made by mandatory electronic service through the United States District Court's

4 electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class

5 postage prepaid, and addressed to the following at their last known address:

6      JEFFREY WILLIS                           Email:  JWillis@swlaw.com
       RICHARD S. GORDON                                 RGordon@swlaw.com
7      ERICA J. STUTMAN                                  EStutman@swlaw.com
       HAYLEY J. CUMMINGS                                HCummings@swlaw.com
8      GREGORY J. MARSHALL                               GMarshall@swlaw.com
       JACOB C. JONES                                    JCJones@swlaw.com
9
       **SNELL & WILMER**
10     3883 Howard Hughes Pkwy., Ste. 1100      *Attorneys for Defendant*
       Las Vegas, NV 89169                      WELLS FARGO BANK, N.A.
11

12     JEFFREY WILLIS                           Email:  JWillis@swlaw.com
       ERICA J. STUTMAN                                  EStutman@swlaw.com
13     HAYLEY J. CUMMINGS                                HCummings@swlaw.com
       **SNELL & WILMER**
14     3883 Howard Hughes Pkwy., Ste. 1100
       Las Vegas, NV 89169                      *Attorneys for Defendant*
15                                              KATHERINE DARRALL
16

17     REX D. GARNER                            Email:  MConnot@foxrothschild.com
       MARK J. CONNOT                                   RGarner@foxrothschild.com
18     **FOX ROTHSCHILD, LLP**
       1980 Festival Plaza Drive, Suite 700     *Attorneys for Defendant*
19     Las Vegas, NV 89135                      JOSE RICO

20
                              /s/ Alexis Williams
21                            Employee of Sgro & Roger

22

23

24

25

26

27

28

                                       4