Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Hayley J. Cummings (NV Bar #14858)
Richard C. Gordon (NV Bar #9036)
Jacob C. Jones (*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail:      jwillis@swlaw.com
                 estutman@swlaw.com
                 hcummings@swlaw.com
                 rgordon@swlwaw.com
                 jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and
Katherine Darrall*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTION REGARDING RULE 30(B)(6) DEPOSITION [ECF NO. 253]**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or the "Bank"), for good cause shown, hereby stipulate and agree to extend the deadline for Wells Fargo to file its Reply in Support of its Motion for Protection Regarding Rule 30(b)(6) Deposition [ECF No. 253], filed July 13, 2022 (the "Motion for Protection"), from Monday, August 15, 2022 to Friday, August 19, 2022, for the following reasons:

1.    On Wednesday, July 13, 2022, Wells Fargo filed the Motion for Protection.

2.    Following a Stipulation and Order to Extend Plaintiffs' Response deadline [ECF No. 260], Plaintiffs filed their Response in Opposition to the Motion for Protection on Monday, August 8, 2022 [ECF No. 268].

3.    Accordingly, Wells Fargo's Reply in Support of the Motion for Protection (the "Reply") is due Monday, August 15, 2022.

4.    Wells Fargo's counsel has been diligently working on the Reply, but they require a brief four-day extension, up to and including Friday, August 19, 2022, to accommodate conflicting professional obligations within the allotted week to respond.

5.    No prejudice will result due to this four-day extension, and the extension will not interfere with the hearing on the Motion for Protection, which is currently set for Thursday, September 1, 2022.

6.    This extension request is sought in good faith and is not made for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    THEREFORE, for good cause shown, the Parties respectfully request an extension for

2    Wells Fargo to file its Reply in Support of its Motion for Protection Regarding Rule 30(B)(6)

3    Deposition [ECF No. 253] from August 15, 2022 through and including August 19, 2022.

4

5    DATED this 12th day of August, 2022.

6

7    SNELL & WILMER L.L.P.                          AXS LAW GROUP, PLLC

8    *s/ Hayley J. Cummings*                        *s/ Courtney Caprio (with permission)*
     Jeffrey Willis (NV Bar No. 4797)               Courtney Caprio (*Admitted Pro Hac Vice*)
9    Erica J. Stutman (NV Bar No. 10794)            Jeffrey W. Gutchess (*Admitted Pro Hac
     Hayley J. Cummings (NV Bar No. 14858)          Vice*)
10   Jacob C. Jones (*Admitted Pro Hac Vice*)       Joanne Niworowski (*Admitted Pro Hac Vice*)
     3883 Howard Hughes Parkway, Suite 1100         2121 NW 2nd Avenue, Suite 201
11   Las Vegas, Nevada 89169                        Miami, Florida 33127

12   *Attorneys for Wells Fargo Bank, N.A. and*     SGRO & ROGER
13   *Katherine Darrall*                            Anthony P. Sgro (NV Bar No. 3811)
                                                     Colleen N. Savage (NV Bar No 14947)
14                                                   Kelly B. Stout (NV Bar No. 12105)
                                                     720 S. 7th Street, 3rd Floor
15                                                   Las Vegas, Nevada 89101

16                                                   *Attorneys for Plaintiffs*

17

18

19

20

21   **IT IS SO ORDERED.**

22                                                   _____
                                                     UNITED STATES MAGISTRATE JUDGE
23
                                                     DATED: ___August 15, 2022___
24

25

26

27

28

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2022, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTION REGARDING RULE 30(B)(6) DEPOSITION [ECF NO. 253] [FIRST REQUEST]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com

*Attorneys for Defendant Jose Rico*

Anthony P. Sgro
Colleen N. Savage
Kelly B. Stout
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
Joanna Niworoski
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
jeff@axslawgroup.com
joanna@axslawgroup.com

*Attorneys for Plaintiffs*

*/s/  Jeanne Forrest*
An employee of SNELL & WILMER L.L.P.

4865-4924-6766.1