Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Third Party Witness Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. KATHERINE DARRALL, and JOSE RICCO,<br><br>Defendants.<br><br>Citibank, N.A.<br><br>Third Party Witness | CASE NO. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK N.A. TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**(First Request)** |

Third Party Witness Citibank, N.A's ("Citibank") response to plaintiffs' Motion to Compel currently is due on September 26, 2022. Plaintiff and Citibank agree that Citibank has up to and including October 4, 2022, to respond to the Motion to Compel.

///

///

///

DMFIRM #405011093 v1

Counsel for Citibank seeks this extension to accommodate its schedule, which has been overwhelmed by an emergency preliminary injunction and TRO proceeding in the Eighth Judicial District Court and related expedited discovery that required considerable time and attention during the original briefing schedule for Plaintiff's motion to compel. This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 27th day of September, 2022.

BALLARD SPAHR LLP

By: /s/ Andrew S. Clark
Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Third Party Witness Citibank, N.A.*

SGRO & ROGER

By: /s/ Courtney Caprio
Anthony P. Sgro
Nevada Bar No. 3811
Kelly B Stout
Nevada Bar No. 12105
720 S. 7th Street
Las Vegas, Nevada 89101
(702) 384-9800
tsgro@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
AXS Law Group PLLC
2121 NW 2ND Avenue, Suite 201]
Miami, FL 33127

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2022