ANTHONY P. SGRO (Nev. Bar No. 3811)
KELLY B. STOUT (Nev. Bar No. 12105)
COLLEEN N. SAVAGE (NEV. BAR NO. 14947)
**SGRO & ROGER**
720 South 7th Street
Las Vegas, Nevada 89101
Telephone:  702.384.9800
TSgro@SgroandRoger.com
KStout@SgroandRoger.com
CSavage@SgroandRoger.com

COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Joanna Niworowski (*Admitted Pro Hac Vice*)
Florida Bar No. 1031440
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com

*Attorneys for* PLAINTIFFS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO; <br><br> Defendant(s). | Case Number 2:20-CV-00858-RFB-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSE AND REPLY TO WELLS FARGO BANK, N.A.'S MOTION FOR PROTECTIVE ORDER REGARDING THE UNTIMELY AND IMPROPERLY NOTICED DEPOSITION OF ALEXANDER NELSON [ECF NO. 291]** <br><br> **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs

Mauricio Jasso ("Jasso"), individually and in his capacity as the court-appointed receiver of JAMA

1  Investment Group, Inc. ("JAMA"), Guillermo Sesma ("Sesma"), Sylvia Martinez Salinas

2  ("Salinas"), Belisario Jasso Baldini ("Baldini"), Javier Ramirez Lares ("Lares"), Antonio Bachalani

3  ("Bachalani"), Rodrigo Fernandez ("Fernandez"), Juan Romero ("Romero"), and Bernardo

4  Villacecias ("Villacecias") (collectively, "Plaintiffs"), and Defendants Wells Fargo Bank, N.A.

5  ("Wells Fargo"), Katherine Darrall ("Darrall"), (collectively, "Defendants" and together with

6  Plaintiffs, the "Parties"), hereby stipulate and agree to extend Plaintiffs' deadline to file their

7  Response to Wells Fargo Bank, N.A.'s Motion for Protection Regarding the Untimely and

8  Improperly Noticed Deposition of Alexander Nelson [ECF No. 291] from October 21, 2022 to

9  October 27, 2022 and extend Wells Fargo Bank, N.A.'s deadline to file its respective Reply by 5

10  days (from November 3 to November 8, 2022) for the following reasons:

11      1.    On October 7, 2022, Wells Fargo Bank, N.A. filed a Motion for Protection

12  Regarding the Untimely and Improperly Noticed Deposition of Alexander Nelson [ECF No. 291].

13      2.    Accordingly, Plaintiffs' Response to the Motion for Protection is due on October

14  21, 2022.

15      3.    Counsel for Plaintiffs has been working diligently on their Plaintiffs' Response to

16  the Motion for Protection but requires additional time due to multiple deadlines falling within this

17  fourteen-day period, including the deposition schedule in this case, and scheduling deadlines in

18  other cases.

19      4.    No prejudice will result due to a 1-week extension, as the hearing on this motion

20  has been scheduled for November 16, 2022.

21      5.    If the extension is granted, Wells Fargo's reply in support of its motion would be

22  due November 3, 2022. Wells Fargo seeks a few extra days until November 8, 2022 due to

23  scheduling deadlines in this and other cases. This would result in briefing on this motion

24  completed more than one week before the November 16 hearing date.

25      6.    This extension request is sought in good faith and is not made for the purpose of

26  delay.

27      THEREFORE, for good cause shown, the Parties respectfully request an extension of

28  deadlines as follows:

- October 27, 2022 – Deadline for Plaintiffs to file their Response to Wells Fargo Bank, N.A.'s Motion for Protection Regarding the Untimely and Improperly Noticed Deposition of Alexander Nelson [ECF No. 291]

- November 8, 2022 – Deadline for  Wells Fargo to file its  Reply in Support of the motion.

| **SGRO & ROGER** | **SNELL & WILMER** |
|---|---|
| */s/ Kelly B. Stout* |  */s/ Erica J. Stutman* |
| ANTHONY P. SGRO (Nev. Bar No. 3811)<br>KELLY B. STOUT (Nev. Bar No. 12105)<br>COLLEEN N. SAVAGE (Nev. Bar No. 14947)<br>**SGRO & ROGER**<br>720 South 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br>AND<br>JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*)<br>COURTNEY CAPRIO (*Admitted Pro Hac Vice*)<br>JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*)<br>**AXS LAW GROUP, PLLC**<br>2121 NW 2nd Avenue, Suite 201<br>Miami, Florida 33127<br><br>*Attorneys for* PLAINTIFFS | JEFFREY WILLIS (Nev. Bar No. 4797)<br>RICHARD S. GORDON (Nev. Bar No. 5336)<br>ERICA J. STUTMAN (Nev. Bar No. 10794)<br>HAYLEY J. CUMMINGS (Nev. Bar No. 14858)<br>GREGORY J. MARSHALL (*Admitted Pro Hac Vice*)<br>JACOB C. JONES (*Admitted Pro Hac Vice*)<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com<br><br>*Attorneys for* DEFENDANT WELLS FARGO BANK, N.A. |

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____
October 21, 2022

1                                               **CERTIFICATE OF SERVICE**

2       I certify that I am an employee of Sgro & Roger and that on , service of the foregoing

3 **STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSE AND REPLY TO**

4 **WELLS FARGO BANK N.A.'S MOTION FOR PROTECTIVE ORDER REGARDING THE**

5 **UNTIMELY AND IMPROPERLY NOTICED DEPOSITION OF ALEXANDER NELSON**

6 **[ECF NO. 291] (FIRST REQUEST)** was made by mandatory electronic service through the United

7 States District Court's electronic filing system and/or by depositing a true and correct copy in the

8 U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JEFFREY WILLIS<br>RICHARD S. GORDON<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>GREGORY J. MARSHALL<br>JACOB C. JONES<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email: JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com<br><br>*Attorneys for Defendant*<br>WELLS FARGO BANK, N.A. |
| JEFFREY WILLIS<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email: JWillis@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br><br>*Attorneys for Defendant*<br>KATHERINE DARRALL |
| REX D. GARNER<br>MARK J. CONNOT<br>**FOX ROTHSCHILD, LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 | Email: MConnot@foxrothschild.com<br>RGarner@foxrothschild.com<br><br>*Attorneys for Defendant*<br>JOSE RICO |
| JOEL E. TASCA<br>ANDREW S. CLARK<br>**BALLARD SPAHR LLP**<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Email: tasca@ballardspahr.com<br>clarkas@ballardspahr.com<br><br>*Attorneys for Non-Party*<br>CITIBANK, N.A. |

                                  /s/ Alexis Williams
                              Employee of Sgro & Roger