Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Third Party Witness Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. KATHERINE DARRALL, and JOSE RICCO,<br><br>Defendants.<br><br>Citibank, N.A.<br><br>Third Party Witness | CASE NO. 2:20-cv-00858-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK N.A. TO PRODUCE DOCUMENTS FOR IN CAMERA INSPECTION AND TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL (ECF NO. 277)**<br><br>**(First Request)** |

On November 7, 2022, the Court issued a minute order directing third-party witness Citibank, N.A. to produce for in camera review all documents withheld from production based on the SAR privilege. Minute Order, ECF No. 304. The Court also rescheduled the hearing on Plaintiffs' Motion to Compel Production of Documents and a Competent 30(b)(6) Witness (ECF No. 277) for November 16, 2022. Counsel for Plaintiffs and counsel for Citibank conferred on November 9, 2022, and have stipulated and agreed—subject to the Court's approval—that Citibank shall have up

to November 18, 2022, to submit the applicable documents for in camera inspection. The parties further agree to continue the hearing on Plaintiffs' motion to compel, currently scheduled on November 16, 2022, to a date and time convenient to the Court.

Counsel for Citibank seeks this extension in good faith to accommodate a scheduling conflict and pre-existing travel plans. This is the first request to extend time to produce documents for in camera inspection and to continue the hearing on Plaintiffs' motion to compel, and it is made in good faith and not for purposes of delay.

DATED this 10th day of November, 2022.

BALLARD SPAHR LLP

By: /s/ Andrew S. Clark
Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Third Party Witness Citibank, N.A.*

SGRO & ROGER

By: /s/ Courtney Caprio
Anthony P. Sgro
Nevada Bar No. 3811
Kelly B Stout
Nevada Bar No. 12105
720 S. 7th Street
Las Vegas, Nevada 89101
(702) 384-9800
tsgro@sgroandroger.com
kstout@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
AXS Law Group PLLC
2121 NW 2ND Avenue, Suite 201]
Miami, FL 33127

*Attorneys for Plaintiffs*

## ORDER

IT IS ORDERED that ECF No. 306 is GRANTED.

IT IS FURTHER ORDERED that the hearing set for November 16, 2022 is RESCHEDULED to November 22, 2022 at 2:00 p.m. by Zoom video conference.

**IT IS SO ORDERED**
**DATED:** 11:33 am, November 14, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**