1  Joel E. Tasca
   Nevada Bar No. 14124
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   tasca@ballardspahr.com
5
   *Attorneys for Third Party Witness*
6  *Citibank, N.A.*

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9  MAURICIO JASSO, individually and in        CASE NO.  2:20-cv-00858-RFB-BNW
   his capacity as the Court-Appointed
10 Receiver of JAMA INVESTMENT
   GROUP, INC., et al.,                        NOTICE OF DISASSOCIATION OF
11                                             COUNSEL AND MOTION TO
            Plaintiffs,                        WITHDRAW
12
   v.
13
   WELLS FARGO BANK, N.A.
14 KATHERINE DARRALL, and JOSE
   RICCO,
15
            Defendants.
16
   Citibank, N.A.
17
            Third Party Witness
18

19      TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

20      Please take notice that Andrew S. Clark, Esq. is no longer associated with

21  Ballard Spahr LLP, counsel of record for Citibank, N.A.

22      Accordingly, Counsel requests that the court allow Mr. Clark to withdraw

23  from this representation and remove him from the ECF service and notification list.

24  Joel E. Tasca, Esq. of Ballard Spahr LLP will remain counsel of record for Citibank,

25  N.A.

26                  [signature continued to next page]

27

28

DMFIRM #406156281 v1

Dated: December 28, 2022.

BALLARD SPAHR LLP

By:  Joel E. Tasca

Joel E. Tasca
Nevada Bar No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Third Party Witness
Citibank, N.A.*

<u>**ORDER**</u>

**IT IS SO ORDERED**

**DATED:** 12:14 pm, December 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DMFIRM #40615281 v1                                          2

<div style="text-align:left; font-variant: small-caps;">
BALLARD SPAHR LLP<br>
1980 Festival Plaza Drive, Suite 900<br>
Las Vegas, Nevada 89135<br>
702.471.7000 FAX 702.471.7070
</div>

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on December 28, 2022, a true and correct of copy of

3  **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW**

4  was served upon the following parties by email or first-class mail postage pre-paid:

5  Andrew E. Beaulieu, Esq.                     Anthony P. Sgro, Esq.
   Courtney Caprio, Esq.                        Colleen N. Savage, Esq.
6  Jeffrey W. Gutchess, Esq.                    Jennifer W. Arledge, Esq.
   AXS LAW GROUP, PLLC                          SGRO ROGER
7  2121 NW 2nd Ave.                             720 S. 7th St.
   Suite 201                                    3rd Floor
8  Miami, FL 33127                              Las Vegas, NV 89101

9  *Attorneys for Plaintiffs*                   *Attorneys for Plaintiffs*

10

11 Rew R. Goodenow, Esq.                        Erica J. Stutman, Esq.
   Zachary S. Shea, Esq.                        Jacob C. Jones, Esq.
12 PARSONS BEHLE & LATIMER                      Hayley J. Cummings, Esq.
   50 W. Liberty St.                            Jeffrey L. Willis, Esq.
13 P.O. Box 2790                                SNELL & WILMER
   Reno, NV 89501                               ONE ARIZONA CENTER
14                                              400 E. VAN BUREN ST., STE. 1900
                                                PHOENIX, AZ 85004
15 *Attorneys for Plaintiffs*                   *Attorneys for Defendants*

16

17                                              /s/ Adam Crawford
                                                *An employee of Ballard Spahr LLP*
18

19

20

21

22

23

24

25

26

27

28