ANTHONY P. SGRO
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE
Nevada Bar No.8729
COLLEEN N. SAVAGE
Nevada Bar No. 14947
**SGRO & ROGER**
720 South 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: 702.384.9800
TSgro@sgroandroger.com
CSavage@sgroandroger.com
JArledge@sgroandroger.com

COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*)
Florida Bar No. 1031440
AMANDA SUAREZ (*Admitted Pro Hac Vice*)
Florida Bar No. 1030808
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com
Amanda@axslawgroup.com

*Attorneys for* PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*,

Plaintiff(s),

vs.

WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO;

Defendant(s).

Case Number
2:20-CV-00858-CDS-BNW

**NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Kelly B. Stout, Esq. is no longer associated with Sgro & Roger, counsel of record for Mauricio Jasso, individually and in his capacity as the Court-Appointed Receiver of Jama Investment Group, Inc, Guillermo Sesma, Sylvia Martinez Salinas, Belisario Jasso Baldini, Javier Ramirez Lares, Antonio Bachalani, Juan Romero, Bernardo Villacecias, Rodrigo Fernandez ("Plaintiffs").

Accordingly, Counsel requests that the court allow Ms. Stout to withdraw from this representation and remove her from the ECF service and notification list. The office of Sgro & Roger, the firm's other attorneys, and Amanda Suarez, Jeffrey W. Gutchess, COURTNEY CAPRIO , and Joanna Niworowski from AXS Law Group, remain counsel of record for Plaintiffs.

Dated this 3rd day of February 2023.

SGRO & ROGER

/s/ Jennifer W. Arledge

ANTHONY P. SGRO
JENNIFER WILLIS ARLEDGE
COLLEEN N. SAVAGE
**SGRO & ROGER**
720 South 7th Street, 3rd Floor
Las Vegas, Nevada 89101

AND

JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*)
COURTNEY CAPRIO *(Admitted Pro Hac Vice)*
JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*)
AMANDA SUAREZ (*Admitted Pro Hac Vice)*
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:17 pm, February 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I certify that I am an employee of Sgro & Roger and that on February 3, 2023, service of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JEFFREY WILLIS<br>RICHARD S. GORDON<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>GREGORY J. MARSHALL<br>JACOB C. JONES<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169 | Email: JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com<br><br>*Attorneys for Defendant*<br>WELLS FARGO BANK, N.A. |
| JILL GRISET<br>**MCGUIRE WOODS LLP**<br>201 North Tyron St., Suite 3000<br>Charlotte, North Carolina 28202 | *Attorney for Defendant*<br>WELLS FARGO BANK N.A. |
| JEFFREY WILLIS<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169 | Email: JWillis@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br><br>*Attorneys for Defendant*<br>KATHERINE DARRALL |
| REX D. GARNER<br>MARK J. CONNOT<br>**FOX ROTHSCHILD, LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | Email: MConnot@foxrothschild.com<br>RGarner@foxrothschild.com<br><br>*Attorneys for Defendant*<br>JOSE RICO |
| JOEL E. TASCA<br>**BALLARD SPAHR LLP**<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Email: Tasca@ballardspahr.com<br><br>*Attorneys for Non-Party*<br>CITIBANK, N.A. |

Desiree Rapp
An Employee of Sgro & Roger