1  Jeffrey Willis (NV Bar #4797)
   Erica J. Stutman (NV Bar #10794)
2  Gregory Marshall (*Admitted Pro Hac Vice*)
   Hayley J. Cummings (NV Bar #14858)
3  Jacob C. Jones (*Admitted Pro Hac Vice*)
   SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
5  Telephone:  (702) 784-5200
   Facsimile:  (702) 784-5252
6  E-Mail:  jwillis@swlaw.com
             estutman@swlaw.com
7            gmarshall@swlaw.com
             hcummings@swlaw.com
8            jcjones@swlaw.com
   *Attorneys for Defendants Wells Fargo Bank, N.A.,*
9  *Katherine Darrall*

10

11              **IN THE UNITED STATES DISTRICT COURT**

                       **DISTRICT OF NEVADA**
12

13  MAURICIO JASSO, individually and in his        Case No. 2:20-cv-00858-CDS-BNW
    capacity as the Court-Appointed Receiver of
14  JAMA INVESTMENT GROUP, INC.,                    **WELLS FARGO BANK, N.A. AND**
    GUILLERMO SESMA, SYLVIA MARTINEZ               **KATHERINE DARRALL'S MOTION**
15  SALINAS, BELISARIO JASSO BALDINI,              **FOR ORDER SHORTENING TIME ON**
    JAVIER RAMIREZ LARES, ANTONIO                  **DEFENDANTS WELLS FARGO**
16  BACHALANI, RODRIGO FERNANDEZ,                  **BANK, N.A. AND KATHERINE**
    JUAN ROMERO, and BERNARDO                      **DARRALL'S MOTION TO EXTEND**
17  VILLACECIAS,                                   **REMAINING DEADLINES IN CASE**
                                                   **MANAGEMENT PLAN**
18                    Plaintiffs,

19          v.

20  WELLS FARGO BANK, N.A., KATHERINE
    DARRALL, and JOSE RICO,
21
                      Defendants.
22

23          Pursuant to Federal Rules of Civil Procedure 7(b) and Local Rule IA 6-1 for the District of

24  Nevada, Defendants Wells Fargo Bank, N.A. and Katherine Darrall (together, 'Defendants")

25  respectfully request an Order Shortening Time to hear their Motion to Extend Remaining Deadlines

26  in Case Management Plan, filed today at ECF No. 336 ("Motion").  This Request is based upon the

27  pleadings and papers on file herein, the Declaration of Erica Stutman attached as **Exhibit 1**, and

28  the points and authorities submitted herewith.

4868-8156-3728

**MEMORANDUM OF POINTS AND AUTHORITIES**

In their Motion, Defendants respectfully request that the Court extend the March 10, 2023 deadline for Defendants to serve their expert disclosures and reports, along with the remaining expert and dispositive motion deadlines that follow. As discussed in more detail in the Motion, Defendants request an extension of this deadline because Defendants and their experts cannot reasonably meet the March 10 deadline despite their diligence.  This is because Plaintiffs disclosed two expert reports, one of which is a massive, **1,150 page expert report**, which includes 433 pages of text with opinions, and 717 pages of exhibits, nearly all of which were created by Plaintiffs' experts.  In addition, Plaintiffs recently made supplemental document productions to Defendants, despite such productions being very long overdue, and have further warned of another document production to come.  Defendants did not and could not have reasonably anticipated such a massive production of expert opinion evidence and documents when agreeing to the original expert disclosure schedule, which provided a mere forty (40) days for Defendants to provide responsive expert opinions.

An order shortening time to decide Defendants' Motion is necessary because if filed in the normal course, Plaintiffs' deadline to respond to the Motion will not be until March 2, 2023, with Defendants' reply due on March 9, 2023, leaving no time for the Court to consider the briefing and enter a ruling within a meaningful period before the March 10, 2023 deadline.

Defendants' Motion is reasonable and would typically be agreed upon by stipulation between the parties without any dispute and without involving the Court. The other defendant, Jose Rico, does not plan to oppose Defendants' Motion. However, Plaintiffs have stated they will contest Defendants' Motion.

///

///

///

///

///

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4868-8156-3728

1    Accordingly, Defendants seek an order from the Court shortening the briefing period on the

2    Motion. Wells Fargo proposes a response period of three business days and a reply period of two

3    business days.

4

5    DATED this 16th day of February 2023.

SNELL & WILMER L.L.P.

6    *s/Erica J. Stutman*
Jeffrey Willis
7    Nevada Bar No. 4797
Erica J. Stutman
8    Nevada Bar No. 10794
Hayley J. Cummings
9    NV Bar #14858
Jacob C. Jones (*Admitted Pro Hac Vice*)
10    3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

11    *Attorneys for Wells Fargo Bank, N.A. and*
*Katherine Darrall*
12

13    ## ORDER

14    IT IS ORDERED that ECF No. 337 is GRANTED.
Plaintiffs' response to ECF No. 336 is due by
15    2/21/2023. No reply will be considered.

**IT IS SO ORDERED**
16
**DATED:** 11:11 am, February 17, 2023
17

**BRENDA WEKSLER**
18    **UNITED STATES MAGISTRATE JUDGE**

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

4868-8156-3728

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically transmitted **WELLS FARGO BANK, N.A. AND KATHERINE DARRALL'S MOTION FOR ORDER SHORTENING TIME ON DEFENDANTS WELLS FARGO BANK, N.A. AND KATHERINE DARRALL'S MOTION TO EXTEND REMAINING DEADLINES IN CASE MANAGEMENT PLAN** to the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com

*Attorneys for Defendant Jose Rico*

Anthony P. Sgro
Colleen N. Savage
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
Joanna Niworoski
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
jeff@axslawgroup.com
joanna@axslawgroup.com
lina@axslawgroup.com
alejandra@axslawgroup.com
*Attorneys for Plaintiffs*

DATED:  February 16, 2023.

_____
An employee of SNELL & WILMER L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**INDEX OF EXHIBITS TO WELLS FARGO BANK, N.A. AND KATHERINE DARRALL'S MOTION FOR ORDER SHORTENING TIME ON DEFENDANTS WELLS FARGO BANK, N.A. AND KATHERINE DARRALL'S MOTION TO EXTEND REMAINING DEADLINES IN CASE MANAGEMENT PLAN**

| EXHIBIT | DESCRIPTION | NO. OF PAGES |
|---------|-------------|--------------|
| 1 | Declaration of Erica Stutman, Esq. in Support of Wells Fargo Bank, N.A. and Katherine Darrall's Motion for Order Shortening Time On Defendants Wells Fargo Bank, N.A. and Katherine Darrall's Motion to Extend Remaining Deadlines in Case Management Plan | 2 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4868-8156-3728

- 5 -