Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Gregory Marshall (*admitted pro hac vice*)
Jacob C. Jones (*admitted pro hac vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail:  jwillis@swlaw.com
         estutman@swlaw.com
         gmarshall@swlaw.com
         jcjones@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or the "Bank"), for good cause, hereby stipulate and agree to extend the deadline for Wells Fargo to file its Response to Plaintiff's Seventh Motion to Compel [ECF No. 345], filed April 14, 2023 (the "Motion to Compel"), from Friday, April 28, 2023 to Friday, May 12, 2023.

Wells Fargo's counsel has been working on the Response to the Motion to Compel, but seek this extension to accommodate conflicting professional obligations within the time to

respond. No prejudice will result from the extension, as it will not impact any other deadlines and a hearing is scheduled to be heard on the Motion to Compel on June 4, 2023, thus allowing sufficient time for Plaintiffs' reply in advance of the hearing.

This extension request is sought in good faith and is not made for the purpose of delay.

DATED this 24th day of April, 2023.

SNELL & WILMER L.L.P.

*/s/Erica J. Stutman*
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Gregory Marshall (*admitted pro hac vice*)
Jacob C. Jones (*admitted pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

DATED this 24th day of April, 2023.

AXS LAW GROUP, PLLC

*/s/Courtney Caprio* (with permission)
Courtney Caprio (FL Bar No. 933961)
(*admitted pro hac vice*)
Jeffrey W. Gutchess (FL Bar No. 702641)
(*admitted pro hac vice*)
Joanna Niworowski (FL Bar No. 1031440)
(*admitted pro hac vice*)
Amanda Suarez (FL Bar No. 1030808)
(*admitted pro hac vice*)
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

SGRO & ROGER

Anthony P. Sgro (NV Bar No. 3811)
Colleen N. Savage (NV Bar No. 14947)
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: April 25, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically transmitted the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system for filing. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Mark J. Connot
Rex D. Garner
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com

*Attorneys for Defendant Jose Rico*

Anthony P. Sgro
Colleen N. Savage
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
tsgro@sgroandroger.com
csavage@sgroandroger.com

Courtney Caprio
Jeffrey W. Gutchess
Joanna Niworoski
Amanda Suarez
AXS LAW GROUP, PLLC
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
courtney@axslawgroup.com
jeff@axslawgroup.com
joanna@axslawgroup.com
amanda@axslawgroup.com
lina@axslawgroup.com
alejandra@axslawgroup.com

*Attorneys for Plaintiffs*

/s/Jacquelynn Lundgren
An employee of SNELL & WILMER L.L.P.

4895-7721-9423.2