Anthony P. Sgro (Nev. Bar No. 3811)
Jennifer Willis Arledge (Nev. Bar No.8729)
Colleen N. Savage (Nev. Bar No. 14947)
**SGRO & ROGER**
720 South 7th Street
Las Vegas, Nevada 89101
Telephone:  702.384.9800
TSgro@SgroandRoger.com
CSavage@SgroandRoger.com
JArledge@SgroandRoger.com

Courtney Caprio (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Joanna Niworowski (*Admitted Pro Hac Vice*)
Florida Bar No. 1031440
Amanda Suarez (*Admitted Pro Hac Vice*)
Florida Bar No. 1030808
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com

*Attorneys for* Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO;<br><br>Defendant(s) | Case Number<br>2:20-CV-00858-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or the "Bank"), for good cause, hereby stipulate

1  and agree to extend the deadline for Plaintiffs to file their Reply in support of Plaintiff's Seventh
2  Motion to Compel [ECF No. 345], filed April 14, 2023 (the "Motion to Compel"), from Friday, May
3  19, 2023 to Friday, May 26, 2023.

4      Plaintiffs' counsel has been working on the Reply to the Motion to Compel but seek this
5  extension to accommodate conflicting professional obligations due to their involvement in an
6  ongoing federal jury trial within the time to file the Reply.  No prejudice will result from the
7  extension, as it will not impact any other deadlines and a hearing is scheduled to be heard on the
8  Motion to Compel on June 8, 2023, thus allowing sufficient time for both parties to prepare for the
9  hearing after the filing of Plaintiffs' Reply.

10     These extension requests are sought in good faith and are not made for the purpose of delay.

11 DATED this 16th day of May, 2023.    DATED this 16th day of May, 2023.

12 SNELL & WILMER L.L.P.    AXS LAW GROUP, PLLC

13
14 /s/Erica J. Stutman (with permission)    /s/Courtney Caprio
   Jeffrey Willis (NV Bar No. 4797)    Courtney Caprio (FL Bar No. 933961)
   Erica J. Stutman (NV Bar No. 10794)   (admitted pro hac vice)
15 Gregory Marshall (admitted pro hac vice)    Jeffrey W. Gutchess (FL Bar No. 702641)
   Jacob C. Jones (admitted pro hac vice)    (admitted pro hac vice)
16 3883 Howard Hughes Parkway, Suite 1100    Joanna Niworowski (FL Bar No. 1031440)
17 Las Vegas, Nevada 89169    (admitted pro hac vice)
                                                                    Amanda Suarez (FL Bar No. 1030808)
18 Attorneys for Defendants Wells Fargo Bank, N.A.    (admitted pro hac vice)
   and Katherine Darrall                                   2121 NW 2nd Avenue, Suite 201
19                                                        Miami, Florida 33127

20                                                        SGRO & ROGER

21                                                        Anthony P. Sgro (NV Bar No. 3811)
                                                           Colleen N. Savage (NV Bar No. 14947)
22                                                        720 S. 7th Street, 3rd Floor
                                                           Las Vegas, Nevada 89101
23                                                        Attorneys for Plaintiffs

24
25                                                        IT IS SO ORDERED

26                                                        _____
                                                           UNITED STATES MAGISTRATE JUDGE
27
                                                           DATED: ____May 17____, 2023
28

# CERTIFICATE OF SERVICE

I certify that I am an employee of Sgro & Roger and that on the 16th day of May 2023, service of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S MOTION TO COMPEL** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JEFFREY WILLIS<br>RICHARD S. GORDON<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>GREGORY J. MARSHALL<br>JACOB C. JONES<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email : JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com<br><br>*Attorneys for Defendant*<br>WELLS FARGO BANK, N.A. |
| JEFFREY WILLIS<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email : JWillis@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br><br>*Attorneys for Defendant*<br>KATHERINE DARRALL |
| REX D. GARNER<br>MARK J. CONNOT<br>**FOX ROTHSCHILD, LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 | Email : MConnot@foxrothschild.com<br>RGarner@foxrothschild.com<br><br>*Attorneys for Defendant*<br>JOSE RICO |

    /s/ Alexis Williams
Employee of Sgro & Roger