ANTHONY P. SGRO (Nev. Bar No. 3811)
JENNIFER WILLIS ARLEDGE (Nev. Bar No.8729)
COLLEEN N. SAVAGE (NEV. BAR NO. 14947)
**SGRO & ROGER**
720 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.384.9800
TSgro@SgroandRoger.com
CSavage@SgroandRoger.com
JArledge@SgroandRoger.com

COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
Florida Bar No. 933961
Jeffrey W. Gutchess (*Admitted Pro Hac Vice*)
Florida Bar No. 702641
Joanna Niworowski (*Admitted Pro Hac Vice*)
Florida Bar No. 1031440
AMANDA SUAREZ (*Admitted Pro Hac Vice*)
Florida Bar No. 1030808
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com

*Attorneys for* PLAINTIFFS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO;<br><br>Defendant(s). | Case Number<br>2:20-CV-00858-CDS-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' SEVENTH MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendants Wells Fargo Bank, N.A., Katherine Darrall, and Jose Rico (collectively, "Defendants" and together with Plaintiffs, the "Parties"), hereby stipulate and agree to continue the hearing on Plaintiffs' Seventh Motion to Compel 30(b)(6) Deposition Regarding AML Alerts and AML Software User Guide [ECF No. 345] from July 5, 2023 [ECF No. 369], for the following reasons:

1. On April 14, 2023, Plaintiffs filed their Seventh Motion to Compel 30(b)(6) Deposition Regarding AML Alerts and AML Software User Guide (the "Motion to Compel"). [ECF No. 345].

2. On June 21, 2023, the Court entered a Minute Order rescheduling the hearing on the Motion to Compel to July 5, 2023 because of defense counsel's unavailability on the previously scheduled date. [ECF No. 369].

3. Good cause for the requested continuance exists because Plaintiffs' lead counsel is unavailable to attend the hearing on July 5, 2023 due to a previously scheduled vacation to a location with no reliable internet service.

4. Counsel for both parties has conferred and found mutually-acceptable alternative dates and times for the hearing, which are as follows:

    a. July 10, 2023 – between 10 a.m. – 11 a.m. PST
    b. July 11, 2023 – between 10 a.m. – 2 p.m. PST
    c. July 12, 2023 – between 11 a.m. – 1 p.m. PST

5. No prejudice will result due to the continuance of the hearing to one of the above dates and times.

6. This extension request is sought in good faith and is not made for the purpose of delay.

/ / /

/ / /

/ / /

THEREFORE, for good cause shown, the Parties respectfully request that the Court continue the hearing on Plaintiffs' Seventh Motion to Compel 30(b)(6) Deposition Regarding AML Alerts and AML Software User Guide [ECF No. 345] from July 5, 2023 [ECF No. 369], to one of the above dates.

DATED this 27th day of June, 2023.

| SNELL & WILMER L.L.P. | AXS LAW GROUP, PLLC |
|---|---|
| /s/ Erica J. Stutman (with permission)<br>Jeffrey Willis (NV Bar No. 4797)<br>Erica J. Stutman (NV Bar No. 10794)<br>Hayley J. Cummings (NV Bar No. 14858)<br>Jacob C. Jones (Admitted Pro Hac Vice)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>Attorneys for Wells Fargo Bank, N.A. and Katherine Darrall | /s/ Courtney Caprio<br>Courtney Caprio (pro hac vice)<br>Florida Bar No. 933961<br>Jeffrey W. Gutchess (pro hac vice)<br>Florida Bar No. 702641<br>2121 NW 2nd Avenue, Suite 201<br>Miami, Florida 33127 |
| FOX ROTHSCHILD LLP<br><br>/s/ Mark J. Connot (with permission)<br>Mark J. Connot (NV Bar No. 10010)<br>Rex D. Garner (NV Bar No. 9401)<br>One Summerlin<br>1980 Festival Plaza Dr., Suite 700<br>Las Vegas, Nevada 89135<br>Attorneys for Jose Rico | SGRO & ROGER<br><br>/s/ Jennifer W. Arledge<br>Nevada Bar No. ~~3811~~ 8729<br>Colleen N. Savage<br>Nevada Bar No 14947<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiffs |

## ORDER

IT IS ORDERED that ECF No. 370 is GRANTED IN PART and DENIED IN PART. It is granted to the extent that the Court will reschedule the July 5, 2023 hearing. However, and unfortunately, the Court does not have availability to reschedule the July 5, 2023 hearing to any of the parties' proposed dates. Accordingly, **the hearing is rescheduled to July 27, 2023 at 11:00 a.m. PST.** Parties are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov to obtain the Zoom invitation.

IT IS SO ORDERED
DATED: 8:25 am, July 03, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of Sgro & Roger and that on the 27th day of June, 2023, service of the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' SEVENTH MOTION TO COMPEL (FIRST REQUEST)** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JEFFREY WILLIS<br>RICHARD S. GORDON<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>GREGORY J. MARSHALL<br>JACOB C. JONES<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email : JWillis@swlaw.com<br>RGordon@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br>GMarshall@swlaw.com<br>JCJones@swlaw.com<br><br>*Attorneys for Defendant*<br>WELLS FARGO BANK, N.A. |
| JEFFREY WILLIS<br>ERICA J. STUTMAN<br>HAYLEY J. CUMMINGS<br>**SNELL & WILMER**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | Email : JWillis@swlaw.com<br>EStutman@swlaw.com<br>HCummings@swlaw.com<br><br>*Attorneys for Defendant*<br>KATHERINE DARRALL |
| REX D. GARNER<br>MARK J. CONNOT<br>**FOX ROTHSCHILD, LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 | Email : MConnot@foxrothschild.com<br>RGarner@foxrothschild.com<br><br>*Attorneys for Defendant*<br>JOSE RICO |

_/s/ Alexis Williams_
Employee of Sgro & Roger