MARK J. CONNOT (SBN 10010)
COLLEEN E. MCCARTY (SBN 13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant, Jose Rico*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW D. ZARON, solely in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., MAURICIO JASSO, GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO and BERNARDO VILLACECIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants. | Case No. 2:20-cv-00858-CDS-BNW<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT JOSE RICO'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Jose Rico ("Mr. Rico"), by and through his attorneys of record, Mark J. Connot, Esq. and Colleen E. McCarty, Esq. of the law firm Fox Rothschild LLP, hereby submits this Appendix of Exhibit in Support of Defendant's Motion for Summary Judgment filed in this matter.

| Exhibit | Description | Page |
|---|---|---|
| A | Declaration of Colleen E. McCarty, Esq. | 1-3 |
| A-1 | Jose Rico's First Supplemental Response to Plaintiffs' First Set of Interrogatories | 4-14 |

1

147885862

| A-2 | Excerpts from the deposition transcript of Jose Rico, dated March 15, 2022 | 15-20 |
|-----|------|-------|
| A-3 | Excerpts from the deposition transcript of Lucy Herrera, dated September 14, 2021 | 21-26 |
| A-4 | Declaration of Jose Rico, filed June 30, 2021 | 27-30 |
| A-5 | Jose Rico's Response to Plaintiffs' First Set of Interrogatories, dated June 8, 2021 | 31-48 |
| A-6 | Excerpts from the deposition transcript of Amy Croke, Corporate Representative of Wells Fargo Bank, N.A., dated October 28, 2022 [Filed Under Seal] | 49-54 |
| A-7 | Excerpts from Plaintiffs' Rule 26 Initial Disclosure | 55-60 |
| A-8 | Excerpts from Plaintiffs' Eighth Amended Rule 26 Initial Disclosure | 61-67 |
| A-9 | Expert Report of Marcie D. Bour (exhibits withheld), dated January 31, 2023 [Filed Under Seal] | 68-108 |
| A-10 | Excerpts from the deposition transcript of Marcie Bour, dated June 20, 2023 | 109-113 |
| A-11 | Expert Report of Catherine A. Ghiglieri (exhibits withheld), dated January 31, 2023 [Filed Under Seal] | 114-548 |

Dated July 28, 2023.

**FOX ROTHSCHILD LLP**

*/s/ Colleen E. McCarty*
MARK J. CONNOT (SBN 10010)
COLLEEN E. MCCARTY (SBN 13186)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
*Attorneys for Defendant, Jose Rico*

2

147885862

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Fox Rothschild LLP and that on the 28th day of July 2023, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT JOSE RICO'S MOTION FOR SUMMARY JUDGMENT** via the Court's CM/ECF system as follows:

Anthony P. Sgro, Esq.
Jennifer Willis Arledge, Esq.
Colleen N. Savage, Esq.
**SGRO & ROGER**
720 S. 7th Street
Las Vegas, Nevada 89101
TSgro@SgroandRoger.com
JArledge@SgroandRoger.com
CSavage@SgroandRoger.com
*Attorneys for Plaintiff*

Jeffrey Willis, Esq.
Richard S. Gordon, ESq.
Erica J. Stutman, Esq.
Hayley J. Cummings, Esq.
Gregory J. Marshall, Esq.
Jacob C. Jones, Esq. (*Pro Hac Vice*)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
JWillis@swlaw.com
RGordon@swlaw.com
EStutman@swlaw.com
HCummings@swlaw.com
GMarshall@swlaw.com
JCJones@swlaw.com

Courtney Caprio, Esq. (*Pro Hac Vice*)
Jeffrey W. Gutchess, Esq. (*Pro Hac Vice*)
Joanna Niworowski, Esq. (*Pro Hac Vice*)
Amanda Suarez, Esq. (*Pro Hac Vice*)
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com
Amanda@axslawgroup.com
*Attorneys for Plaintiffs*

/s/ Deborah L. Pressley
An employee of Fox Rothschild LLP

3

147885862