Jeffrey Willis (NV Bar #4797)
Erica J. Stutman (NV Bar #10794)
Gregory Marshall (*admitted pro hac vice*)
Jacob C. Jones (*admitted pro hac vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: jwillis@swlaw.com
estutman@swlaw.com
gmarshall@swlaw.com
jcjones@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Bank, N.A. and Katherine Darrall*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO JASSO, individually and in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO, and BERNARDO VILLACECIAS,<br><br>Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants | Case No. 2:20-cv-00858-CDS-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGEMENT**<br><br>[FIRST REQUEST]<br><br>[ECF No. 403] |

Pursuant to Local Rule 7-3, the parties jointly ask the Court to extend summary judgment response and reply deadlines. This is the first stipulation for extension of time to file the responses and replies in support of the parties' motions for summary judgment that were filed on July 28, 2023. As good cause the Parties state as follows:

1. This case involves 10 plaintiffs, 3 defendants, and seven causes of action.

4878-1532-7093

2. On July 26, 2023, this Court granted the parties' motion for leave to exceed the page limits for summary judgment briefing: 40 pages for motions and responses, and 25 pages for replies.

3. On July 28, 2023, all parties filed summary judgment motions:

   a. Defendants Wells Fargo and Darrall jointly filed a 40-page motion seeking summary judgment on all claims, plus exhibits. ECF 383.

   b. Plaintiffs jointly filed a 40-page motion for partial summary judgment on their aiding and abetting claim, plus exhibits. ECF 387.

   c. Defendant Rico filed a 17-page motion seeking summary judgment on all claims against him. ECF 380, plus exhibits.

4. Counsel for the Parties conferred and agreed that, in light of the volume of the motions and exhibits, and with counsel's competing professional obligations, additional time would be preferrable to allow for a proper summary of the factual record and development of arguments for the Court's understanding and analysis.

5. Therefore, the parties jointly move to extend the deadlines as follows:

   a. Responses to motions for summary judgment extended from August 18, 2023 to **September 12, 2023**.

   b. Replies in support of motions for summary judgment extended from September 26, 2023 to **October 3, 2023.**

6. This short extension would not impact any other deadlines, as there are no other deadlines scheduled at this time, and the Court has not yet set a hearing date for the motions for summary judgment.

| | |
|---|---|
| DATED this 4th day of August, 2023. | DATED this 4th day of August, 2023. |
| SNELL & WILMER L.L.P. | AXS LAW GROUP, PLLC |

/s/Erica J. Stutman
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Gregory Marshall (*admitted pro hac vice*)
Jacob C. Jones (*admitted pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

/s/Courtney Caprio (with permission)
Courtney Caprio (FL Bar No. 933961)
(*admitted pro hac vice*)
Jeffrey W. Gutchess (FL Bar No. 702641)
(*admitted pro hac vice*)
Joanna Niworowski (FL Bar No. 1031440)
(*admitted pro hac vice*)
Amanda Suarez (FL Bar No. 1030808)
(*admitted pro hac vice*)
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

SGRO & ROGER

Anthony P. Sgro (NV Bar No. 3811)
Colleen N. Savage (NV Bar No. 14947)
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP

/s/Colleen McCarty (with permission)
Mark J. Connot
Rex D. Garner
Colleen E. McCarty
Zach Williams
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Jose Rico*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 7, 2023

4878-1532-7093

- 3 -