MARK J. CONNOT (SBN 10010)
COLLEEN E. MCCARTY (SBN 13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant, Jose Rico*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW D. ZARON, solely in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., MAURICIO JASSO, GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO and BERNARDO VILLACECIAS,<br><br>Plaintiffs<br><br>vs.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants | Case No. 2:20-cv-00858-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

Pursuant to Local Rules IA 6-1, LR 7-1 and 26-3, Plaintiffs ANDREW D. ZARON, solely in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., MAURICIO JASSO, GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO and BERNARDO VILLACECIAS ("Plaintiffs"), Defendants WELLS FARGO, N.A. and KATHERINE DARRALL ("Wells Fargo") and Defendant JOSE RICO ("Rico") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to extend the current briefing schedule to their pending Motions for Summary Judgment as follows:

1

149177407

1. On July 28, 2023, the Parties filed their respective Motions for Summary Judgment and supporting documents [ECF 380, 383, 387].

2. On August 4, 2023, the Parties entered into a Stipulation for Extension of Time [First Request] to File Responses and Replies to Motions for Summary Judgment (the "Stipulation") [ECF 403].

3. On August 7, 2023, the Court entered its Order Granting the Parties' Stipulation [ECF 404].

4. The current deadline for filing Responses to the Motions for Summary Judgment is September 12, 2023, and the deadline for filing Replies in Support of Motions for Summary Judgment is October 3, 2023.

5. On September 7, 2023, Counsel for Defendant Rico sent an email to counsel for Plaintiffs and Wells Fargo that she had been diagnosed with COVID and therefore was requesting to extend the current briefing schedule by seven days.

6. This is the second stipulation to extend the briefing schedule. This request is not intended to cause delay or prejudice any party.

7. The deadline for all parties to file Responses to Motions for Summary Judgment is extended from September 12, 2023, to September 19, 2023. The deadline for all parties to file Replies in Support of Motions for Summary Judgment is extended from October 3, 2023, to October 10, 2023.

DATED: September 7, 2023

**FOX ROTHSCHILD LLP**

/s/ Colleen E. McCarty
MARK J. CONNOT (SBN 10010)
COLLEEN E. MCCARTY (SBN 13186)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Jose Rico*

DATED: September 7, 2023

**AXS LAW GROUP, PLLC**

/s/ Courtney Caprio (with permission)
COURTNEY CAPRIO (*Pro Hac Vice*)
JEFFREY W. GUTCHESS (*Pro Hac Vice*)
JOANNA NIWORSKI (*Pro Hac Vice*)
AMANDA SUAREZ (*Pro Hac Vice*)
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
Courtney@axslawgroup.com
Jeff@axslawgroup.com
Joanna@axslawgroup.com
Amanda@axslawgroup.com

149177407

<pre>
 1
 2                                          **SGRO & ROGER**
                                            ANTHONY P. SGRO (3811)
 3                                          COLLEEN N. SAVAGE (14947)
                                            720 S. 7th Street, 3rd Fl.
 4                                          Las Vegas, Nevada   89101
                                            *Attorneys for Plaintiffs*
 5   DATED:  September 7, 2023

 6   **SNELL & WILMER L.L.P.**

 7
     */s/ Erica J. Stutman (with permission)*
 8   JEFFREY WILLIS (4797)
     ERICA J. STUTMAN (10794)
 9   GREGORY MARSHALL (*Pro Hac Vice*)
     JACOB C. JONES (*Pro Hac Vice*)
10   3883 Howard Hughes Parkway, Ste. 1100
     Las Vegas, Nevada  89169
11   *Attorneys for Defendants Wells Fargo Bank,
     N.A. and Katherine Darrall*
12
13
14
                                            **IT IS SO ORDERED:**
15
16                                          _____
17                                          UNITED STATES DISTRICT JUDGE
18
                                            DATED:   September 12, 2023
19
</pre>

3

149177407