1  Jeffrey Willis (NV Bar #4797)
   Erica J. Stutman (NV Bar #10794)
2  Gregory Marshall (*admitted pro hac vice*)
   Jacob C. Jones (*admitted pro hac vice*)
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
   E-Mail:     jwillis@swlaw.com
6              estutman@swlaw.com
               gmarshall@swlaw.com
7              jcjones@swlaw.com

8  *Attorneys for Defendants Wells Fargo Bank, N.A. and*
   *Katherine Darrall*

9

10              IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
11

12  ANDREW D. ZARON, solely in his capacity as          Case No. 2:20-cv-00858-CDS-BNW
    the Court-Appointed Receiver of JAMA
13  INVESTMENT GROUP, INC., MAURICIO
    JASSO, GUILLERMO SESMA, SYLVIA               **STIPULATION AND ORDER FOR**
14  MARTINEZ SALINAS, BELISARIO JASSO            **EXTENSION OF TIME TO RE-FILE**
    BALDINI, JAVIER RAMIREZ LARES,               **SUMMARY JUDGMENT BRIEFS BY**
15  ANTONIO BACHALANI, RODRIGO                            **ONE WEEK**
    FERNANDEZ, JUAN ROMERO and
16  BERNARDO VILLACECIAS,                              **[FIRST REQUEST]**

17                  Plaintiffs                         [ECF No. 458]

18          v.

19  WELLS FARGO BANK, N.A.,
    KATHERINE DARRALL, and JOSE RICO,
20
                    Defendants
21

22          Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and

23  Defendants, for good cause, hereby stipulate and agree to extend the deadline for the Parties to re-

24  file their summary judgment briefs (as directed by the Court (*see* ECF No. 457) from January 17,

25  2024 to January 24, 2024, and state as follows:

26          1.      On December 18, 2023, the Court held a hearing, during which the Court directed

27  the parties to re-file their summary judgment motions (without substantive changes) and exhibits

28  thereto, together with a new motion to seal and redact pertinent materials, by January 17, 2024. *See*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1   ECF 457.

2       2.      The Court's Minute Entry states, "If the parties need additional time, they may file

3   a stipulation for additional time." *See* ECF No. 457.

4       3.      While the Parties have worked diligently to narrow the materials for sealing and to

5   consolidate and simplify the arguments relating to those materials (and in view of the widely

6   recognized intervening holidays), the Parties respectfully submit that an additional week is

7   necessary to finalize the submissions.

8       4.      The Parties submit this request is not for the purpose of delay and that it is consistent

9   with the purposes stated in Rule 1, Federal Rules of Civil Procedure.

10      5.      In light of the above, the Parties respectfully stipulate and request that the deadline

11  for re-filing the summary judgment briefs be extended from January 17, 2024 to January 24, 2024.

12  DATED this 16th day of January, 2024.

13  **SNELL & WILMER L.L.P.**                    **KELLEY UUSTAL, PLC**

14  */s/Erica J. Stutman*                        */s/Courtney Caprio* (with permission)
    Jeffrey Willis (NV Bar No. 4797)             COURTNEY CAPRIO *(Admitted Pro Hac Vice)*
15  Erica J. Stutman (NV Bar No. 10794)          500 N. Federal Highway, Suite 200
    Gregory Marshall *(admitted pro hac vice)*   Fort Lauderdale, Florida 33301
16  Jacob C. Jones *(admitted pro hac vice)*     cac@kulaw.com
    3883 Howard Hughes Parkway, Suite 1100
17  Las Vegas, Nevada 89169                      JEFFREY W. GUTCHESS *(Admitted Pro Hac Vice)*
                                                 JOANNA NIWOROWSKI *(Admitted Pro Hac Vice)*
18  *Attorneys for Defendants Wells Fargo Bank,* AMANDA SUAREZ *(Admitted Pro Hac Vice)*
    *N.A. and Katherine Darrall*                 **AXS LAW GROUP, PLLC**
19                                               2121 NW 2nd Avenue, Suite 201
    **FOX ROTHSCHILD LLP**                       Miami, Florida 33127
20

21  */s/Colleen E. McCarty* (with permission)    Anthony P. Sgro (NV Bar No. 3811)
    MARK J. CONNOT (SBN 10010)                   Colleen N. Savage (NV Bar No. 14947)
22  COLLEEN E. MCCARTY (SBN 13186)               **SGRO & ROGER**
    1980 Festival Plaza Drive, Suite 700         720 S. 7th Street, 3rd Floor
23  Las Vegas, Nevada 89135                      Las Vegas, Nevada 89101
    mconnot@foxrothschild.com                    TSgro@SgroandRoger.com
24  cmccarty@foxrothschild.com                   CSavage@SgroandRoger.com

25  *Attorneys for Defendant Jose Rico*          *Attorneys for Plaintiffs*

26                                               **IT IS SO ORDERED.**

27
                                                 _____
28                                               UNITED STATES DISTRICT JUDGE

                                                 DATED: January 18, 2024

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200