1  Jeffrey Willis (NV Bar #4797)
   Erica J. Stutman (NV Bar #10794)
2  Gregory Marshall (*admitted pro hac vice*)
   Jacob C. Jones *(admitted pro hac vice)*
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   E-Mail: jwillis@swlaw.com
6           estutman@swlaw.com
            gmarshall@swlaw.com
7           jcjones@swlaw.com

8  *Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW D. ZARON, solely in his capacity as the Court-Appointed Receiver of JAMA INVESTMENT GROUP, INC., MAURICIO JASSO, GUILLERMO SESMA, SYLVIA MARTINEZ SALINAS, BELISARIO JASSO BALDINI, JAVIER RAMIREZ LARES, ANTONIO BACHALANI, RODRIGO FERNANDEZ, JUAN ROMERO and BERNARDO VILLACECIAS,<br><br>Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO,<br><br>Defendants | Case No. 2:20-cv-00858-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT MOTION TO SEAL, ALL EXHIBITS TO PLAINTIFFS' DISPOSITIVE MOTION BRIEFING, UNDER SEAL PORTIONS OF PARTIES' SUMMARY JUDGMENT BRIEFING AND JOINDERS BY ONE DAY**<br><br>**[SECOND REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs and Defendants, for good cause, hereby stipulate and agree to extend the deadline for the Parties to re-file the under seal portions of their summary judgment briefs, Plaintiffs' exhibits to their dispositive motion briefing (as directed by the Court (*see* ECF 457)),[1] and the parties' Joint Motion to Seal ("Joint Motion"), and the exhibits thereto, and previously filed joinders from January 24, 2024 to

---

[1] All of the public versions of the Parties' respective summary judgment motions, responses, and replies, as well as the Defendants' exhibits, will be filed by the January 24, 2024 deadline.

January 25 2024, and state as follows:

1. On December 18, 2023, the Court held a hearing, during which the Court directed the parties to re-file their summary judgment motions (without substantive changes) and exhibits thereto, together with a new motion to seal and redact pertinent materials, by January 17, 2024. *See* ECF 457.

2. The Court's Minute Entry states, "If parties need additional time, they may file a stipulation for additional time." *See* ECF 457.

3. The Court once extended the deadline by one week, to January 24, 2024. *See* ECF 459 (granting Stipulation at ECF 458).

4. The Parties have been working diligently to file their papers by January 24, 2024, and the Parties plan to have their public version of the briefings filed.. This process took substantial time due to the number of documents and issues involved, as well as the Parties in good faith adapting their positions during the meet-and-confer process, which ultimately has resulted in much more of the materials at issue being filed in the public record (some of which was resolved as recently as today)and minimizing the material proposed to be sealed. Moreover, as filings were being finalized, there was some miscommunication as to which party was filing which documents because the parties have agreed to submit a joint motion to file certain documents under seal, as well as the chronological order of document filing, which has unfortunately made it impracticable for the exhibits to Plaintiffs' filings and the sealed and redacted exhibits to the Joint Motion to be submitted by the January 24, 2024 deadline.

5. The Parties submit this request is not for the purpose of delay and that it is consistent with the purposes stated in Rule 1, Federal Rules of Civil Procedure.

6. In light of the above, the Parties respectfully stipulate and request that the deadline to file the under seal portions of their summary judgment briefs and the briefs' exhibits (as directed by the Court (*see* ECF 457)), all exhibits to Plaintiffs' dispositive motions briefing and the parties' Joint Motion to Seal, the exhibits thereto, and previously filed joinders be extended from January 24, 2024 to January 25, 2024.

DATED this 24th day of January, 2024.

SNELL & WILMER L.L.P.

*/s/ Jacob C. Jones*
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Gregory Marshall (*admitted pro hac vice*)
Jacob C. Jones (*admitted pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

DATED this 24th day of January, 2024

**FOX ROTHSCHILD LLP**

*/s/ Colleen E. McCarty* (with permission)
MARK J. CONNOT (SBN 10010)
COLLEEN E. MCCARTY (SBN 13186)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
mconnot@foxrothschild.com
cmccarty@foxrothschild.com

*Attorneys for Defendant Jose Rico*

DATED this 24th day of January, 2024.

KELLEY UUSTAL, PLC

*/s/Courtney Caprio* (with permission)
COURTNEY CAPRIO (*Admitted Pro Hac Vice*)
500 N. Federal Highway, Suite 200
Fort Lauderdale, Florida 33301
Telephone: 954-522-6601
cac@kulaw.com

JEFFREY W. GUTCHESS (*Admitted Pro Hac Vice*)
JOANNA NIWOROWSKI (*Admitted Pro Hac Vice*)
AMANDA SUAREZ (*Admitted Pro Hac Vice*)
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

**SGRO & ROGER**

Anthony P. Sgro (NV Bar No. 3811)
Colleen N. Savage (NV Bar No. 14947)
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: 702.384.9800
TSgro@SgroandRoger.com
CSavage@SgroandRoger.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 26, 2024