UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mauricio Jasso, et al., | Case No. 2:20-cv-00858-CDS-BNW |
| Plaintiffs | **Order Granting Joint Motion to Withdraw and Denying as Moot Motion to Seal** |
| v. | |
| Wells Fargo Bank, N.A., et al., | [ECF Nos. 480, 481, 483, 484, 500] |
| Defendants | |

In January 2024, the parties filed a joint motion to seal and redact certain documents and portions of documents filed in connection with (1) plaintiffs' motion for summary judgment, (2) plaintiffs' response to Jose Rico's motion for summary judgment, (3) plaintiffs' response to Wells Fargo and Katherine Darrall's motion for summary judgment, and (4) plaintiffs' reply to plaintiffs' motion for summary judgment. ECF No. 480. Before the sealing motion could be decided, the parties reached a settlement of all claims asserted in this case. ECF No. 494. All pending motions were terminated, including plaintiffs' motion for partial summary judgment associated with the motion to seal. ECF No. 496. The court instructed the parties to jointly agree to withdraw the provisionally sealed motion for partial summary judgment (ECF No. 481) and its accompanying exhibits (ECF Nos. 483; 484) in their entirety. ECF No. 496. Because the motion and exhibits are terminated and withdrawn, the pending motion to seal is moot. *See Eli Lilly & Co. v. Genentech, Inc.*, 2013 WL 4396718, at *1 (N.D. Cal. Aug. 13, 2013) (denying motion to seal documents related to motions that the court denied as moot). Due to the settlement, the court will not consider the associated documents and they will remain under seal.

## Conclusion

It is ordered that the joint motion to withdraw **[ECF No. 500] is GRANTED**. The plaintiffs' motion for partial summary judgment (ECF No. 481) and the exhibits found at ECF No. 483 and ECF No. 484 are **WITHDRAWN** without prejudice.

It is further ordered that the joint motion to seal and redact **[ECF No. 480] is DENIED as moot**. The court will not consider the associated documents, and the parties are excused from filing public versions of the documents provisionally filed under seal in association with the motion to seal.

Dated: June 20, 2024

_____
Cristina D. Silva
United States District Judge

2