1  ANTHONY P. SGRO (Nev. Bar No. 3811)
2  COLLEEN N. SAVAGE (NEV. BAR NO. 14947)
   **SGRO & ROGER**
3  2901 El Camino Ste. 204
   Las Vegas, Nevada 89102
4  Telephone:  702.384.9800
   TSgro@SgroandRoger.com
5  CSavage@SgroandRoger.com

6  COURTNEY CAPRIO (Admitted Pro Hac Vice)
7  Florida Bar No. 933961
   AMANDA SUAREZ (Admitted Pro Hac Vice)
8  Florida Bar No. 1030808
   **KELLEY UUSTAL**
9  500 N Federal Highway, #200
   Fort Lauderdale, FL 33301
10 cac@kulaw.com
11 as@kulaw.com

12 Jeffrey W. Gutchess (Admitted Pro Hac Vice)
13 Florida Bar No. 702641
   Joanna Niworowski (Admitted Pro Hac Vice)
14 Florida Bar No. 1031440
   **AXS LAW GROUP, PLLC**
15 2121 NW 2nd Avenue, Suite 201
   Miami, Florida 33127
16 Jeff@axslawgroup.com
   joanna@axslawgroup.com
17 *Attorneys for* PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mauricio Jasso, et al., <br><br> Plaintiffs <br><br> v. <br><br> WELLS FARGO BANK, N.A., KATHERINE DARRALL, and JOSE RICO, <br><br> Defendants | Case Number <br> 2:20-CV-00858-~~RFB~~-BNW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> [ECF No. 508] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants (hereinafter, the "Parties"), by and through counsel, hereby stipulate to the dismissal of this action with prejudice, with all parties to bear their own attorney's fees and costs.

Dated this 16th day of September, 2024.

**SGRO & ROGER**

/s/ Colleen N. Savage
ANTHONY P. SGRO
COLLEEN N. SAVAGE
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101

AND

JEFFREY W. GUTCHESS (Admitted Pro Hac Vic
JOANNA NIWOROWSKI (Admitted Pro Hac Vice)
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127

AND

COURTNEY CAPRIO (Admitted Pro Hac Vice)
AMANDA SUAREZ (Admitted Pro Hac Vice)
**KELLEY UUSTAL**
500 N Federal Highway, #200
Fort Lauderdale, FL 33301
*Attorneys for Plaintiffs*

**SNELL & WILMER L.L.P.**

By: /s/ Erica Stutman
Jeffrey Willis (NV Bar No. 4797)
Erica J. Stutman (NV Bar No. 10794)
Greg Marshall (Admitted Pro Hac Vice)
Jacob C. Jones (Admitted Pro Hac Vice)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendants Wells Fargo Bank, N.A. and Katherine Darrall*

**FOX ROTHSCHILD L.L.P**

By: /s/Colleen E. McCarty
Colleen E. McCarty
Nevada Bar No. 13186
cmccarty@foxrothschild.com
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899

*Attorneys for Defendant Jose Rico*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
**CRISTINA D. SILVA**
United States District Judge

Dated: September 20, 2024